UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| REGENERATIVE MEDICAL SOLUTIONS, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | |
| ) | |
| AMTRUST INSURANCE COMPANY ) | |
| OF KANSAS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

NOW COMES Defendant, AmTrust Insurance Company of Kansas, Inc. ("AmTrust"), and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, herein removes this action to the United States District Court for the Northern District of Illinois, Eastern Division. In support thereof, AmTrust states as follows:

1. On November 13, 2017, Plaintiff, Regenerative Medical Solutions ("RMS") filed a lawsuit in the Circuit Court of Cook County, Illinois, captioned: *Regenerative Medical Solutions v. Amtrust North America, Inc. and AmTrust Insurance Company of Kansas, Inc.*, Case No.: 2017-L-011594 (the "Lawsuit").

2. From November 13, 2017 through January 25, 2018, diversity of citizenship did not exist between the parties in the Lawsuit because both RMS and AmTrust North America, Inc. are Delaware companies. However, on January 26, 2018, AmTrust North America, Inc. was dismissed from the Lawsuit with prejudice. [*See* 1/26/18 Court Order, attached hereto as Exhibit 3, p. 2].

1

3. As a result of the dismissal of AmTrust North America, Inc., complete diversity of citizenship under section 1332(a) now exists between the remaining parties in the Lawsuit inasmuch as:

    a. RMS is a Delaware company with its principal place of business in Wisconsin; and

    b. AmTrust is a Kansas insurance company with its principal place of business in Texas.

4. The amount in controversy under section 1332(a) is also satisfied. Paragraph 10 of RMS' Complaint reflects that it is seeking in excess of $75,000 from AmTrust, exclusive of interest and costs.

5. In light of the above, all of the requirements for diversity jurisdiction are satisfied under section 1332(a).

6. As the court in the Lawsuit entered an order dismissing AmTrust North America, Inc. on January 26, 2018, this Notice of Removal is timely under section 1446(b)(3) since it was filed within thirty (30) days of the issuance of said order.

7. Pursuant to section 1446(a), a copy of the following documents from the Lawsuit are attached hereto:

    a. Exhibit 1 – RMS' Summons and Complaint;

    b. Exhibit 2 – Amtrust's Answer and Affirmative Defenses; and

    c. Exhibit 3 – Court Orders.

8. Pursuant to section 1446(d), AmTrust will promptly give written notice of this removal to RMS and will file a copy of this Notice of Removal with the Clerk of Court in Cook County, Illinois where the Lawsuit is pending.

WHEREFORE, Defendant, AmTrust Insurance Company of Kansas, Inc., herein removes the Lawsuit to the United States District Court for the Northern District of Illinois, Eastern Division.

/s/ Kevin M. Lougachi, Esq.
Kevin M. Lougachi, Esq.
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
150 South Wacker Drive, 17th Floor
Chicago, Illinois 60606
Telephone: (312) 431-3700
Facsimile: (312) 431-3670
Email: klougachi@karballaw.com
*Attorneys for AmTrust Insurance Company of Kansas, Inc.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that this NOTICE OF REMOVAL was filed electronically on February 22, 2018 in accordance with the Court's Electronic Filing Guidelines and served by email on the counsel of record set forth below. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Paul Terrence Buehler
Law Offices of Terrence Buehler
20 N. Clark Street, Suite 800
Chicago, IL 60602
(312) 371-4385
tbuehler@tbuehlerlaw.com
*Attorneys for Plaintiff Regenerative Medical Solutions*

                     /s/ Kevin M. Lougachi, Esq.
                     Kevin M. Lougachi, Esq.
                     KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
                     150 South Wacker Drive, 17th Floor
                     Chicago, Illinois 60606
                     Telephone: (312) 431-3700
                     Facsimile: (312) 431-3670
                     Email: klougachi@karballaw.com
                     *Attorneys for AmTrust Insurance Company of Kansas, Inc.*