# NOTICE OF REMOVAL

# EXHIBIT 1

Summons - Alias Summons                                                                 (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

REGENERATIVE MEDICAL SOLUTIONS

v.

AMTRUST NORTH AMERICA, INC.;

AMTRUST INSUR. CO. OF KANSAS

No. 2017-L-011594

Defendant Address:
AMTRUST INSUR. CO. OF KANSAS
R/A CORPORATION SERVICE COMPANY
2900 SW WANAMAKER DR
SUITE 204
TOPEKA, KS 66614

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 _____ ,Chicago, Illinois 60602

☐ District 2 - Skokie
   5600 Old Orchard Rd.
   Skokie, IL 60077

☐ District 3 - Rolling Meadows
   2121 Euclid 1500
   Rolling Meadows, IL 60008

☐ District 4 - Maywood
   Maybrook Ave.
   Maywood, IL 60153

☐ District 5 - Bridgeview
   10220 S. 76th Ave.
   Bridgeview, IL 60455

☐ District 6 - Markham
   16501 S. Kedzie Pkwy.
   Markham, IL 60428

☐ Richard J. Daley Center
   50 W. Washington, LL-01
   Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 59573

Name: BUEHLER PAUL T

Atty. for: REGENERATIVE MEDICAL SOLUTIONS

Address: 55 W WACKER 1400

City/State/Zip Code: CHICAGO, IL 60601

Telephone: (312) 372-2209

Primary Email Address: tbuehler@tbuehlerlaw.com

Secondary Email Address(es):

cbunker@tbuehlerlaw.com

Witness: Monday, 13 November 2017

/s DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____   _____
(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
CALENDAR: I
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| REGENERATIVE MEDICAL SOLUTIONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case. No. |
| | ) | |
| AMTRUST NORTH AMERICA, INC., | ) | |
| a foreign corporation, and AMTRUST | ) | |
| INSURANCE COMPANY OF KANSAS, INC., | ) | |
| a foreign corporation | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, Regenerative Medical Solutions, by its attorneys, The Law Office of Terrence Buehler and, complaining of Defendant AmTrust North America, an Ohio corporation, states the following:

1. At all times relevant herein, the Plaintiff, Regenerative Medical Solutions ("RMS"), was a Delaware corporation headquartered in Madison, Wisconsin at 505 S. Rosa Road, Suite 26, Madison, WI 53719.

2. At all times relevant herein, the Defendant AmTrust North America was a duly licensed and organized foreign corporation and insurance company with its chief executive offices in Ohio.

3. At all times relevant herein, the Defendant, AmTrust Insurance Company of Kansas, Inc., was a duly licensed and organized foreign corporation and insurance company with its chief executive offices in Dallas Texas. The Defendants will hereafter be identified as "AmTrust."

1

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 2 of 5

4.      RMS as a business owner, purchased a Commercial Policy ("Policy") to cover its products, employees, operations and its facility. RMS purchased its coverage with AmTrust prior to the time of the events giving rise to this action. RMS made its insurance premium payments regularly and the Policy was renewed by RMS on each successive anniversary date of the Policy. A copy of the Policy is attached as an Exhibit.

5.      RMS's Policy provided for coverage for "Business Personal Property", which coverage included "Property that you [the insured] own that is used in your business." RMS's Policy also included coverage for "Spoilage." This additional coverage applied to "direct...physical damage to perishable stock caused by or resulting from ...Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating equipment at the described premises."

6.      Anthony Kolton, the president and CEO of RMS, founded RMS in 2012 to develop and commercialize foundational patents, exclusively licensed from the Wisconsin Alumni Research Foundation, to culture human pancreatic beta cells for use in researching, treating, and curing diabetes.

7.      In connection with its research, RMS uses stem cells. Stem cells are a scarce and valuable commodity. After RMS acquires stem cells and before they are used in RMS's research and development, stem cells are stored in storage tanks of liquid nitrogen. The liquid nitrogen maintains the stem cells at a very low temperature without damaging them.

8.      The storage canisters used by RMS are MVE Cryosystem 2000 storage tanks. These tanks are cylindrical and the cylinders are covered by lids. The lids fit securely but are not bolted to the cylinder.

2

9.    On October 31, 2016, employees from RMS discovered that the covers for the MVE Cryosystem 2000 storage canisters were not sitting flush on top of the canisters. As a result, the liquid nitrogen boiled at a higher rate than normal and the stem cells were destroyed. On information and belief when the storage racks were returned to the tanks after being taken out to retrieve stem cells, a nitrogen plume formed and as it rose to the surface, it dislodged the lids and exposed the nitrogen to the air and thereby allowed the nitrogen to boil and destroyed the stem cells in storage.

10.    The value of the lost stem cells was approximately $200,000.

11.    Shortly after the loss occurred, RMS submitted a claim for the loss under its Policy. On January 17, 2017, AmTrust denied the claim, stating without evidence that the lids of the MVE Cryosystem 2000 storage canister lids were not properly attached after being opened. In particular, AmTrust concluded: "the lids on both of the tanks were loose. The lids had been removed and were not correctly reseated." AmTrust reached this conclusion without any investigation beyond talking to a representative of a competitor of MVE.

12.    In fact, there is no evidence that the storage lids were incorrectly reseated. It is far more likely that when stem cells were returned to the storage canisters, that a nitrogen plume developed and, when it rose, it knocked the lids on the canisters loose. And, because this is what likely happened, the loss was a covered loss under the Policy.

### COUNT 1
### BREACH OF CONTRACT

13.    Plaintiff repeats and re-alleges each and every allegation above as though fully set forth herein.

14.    On or about October 31, 2016, RMS suffered an insured loss to its property.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 3 of 5

15.     RMS's Policy provided standard coverage for RMS's damages, including coverage for Business Personal Property under SECTION 1 A, b and Spoilage under the Business Owners Blanket Endorsement, SECTION I.A.33.a.(1)(a).

16.     Sometime shortly after October 31, RMS made a claim under its Policy for its loss. On or about January 17, 2017, the Defendant denied RMS's claim.

17.     The parties' agreement was supported by mutual consideration; namely, RMS's agreement to pay its premiums when due and AmTrust's agreement to insure RMS and its business and property.

18.     RMS fully performed its obligations under the parties' agreement.

19.     In January 2017, AmTrust breached its obligations under the parties' agreement by refusing to pay for the loss of the stem cells as part of RMS's claim for damage to its Business Property.

20.     As a result of AmTrust's breach, RMS is now liable for the loss of its stem cells in connection with its claim for loss of Business Property.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 4 of 5

## COUNT II
## DUTY OF GOOD FAITH AND FAIR DEALING

21.     Plaintiff repeats and re-alleges each and every allegation above as though fully set forth herein.

22.     AmTrust vexatiously and unreasonably denied payment of insurance benefits to the Plaintiff in breach of its duties and obligations under the Policy for which RMS seeks damages and statutory penalties under 215 ILCS 5/155.

## Prayer for Relief

WHEREFORE, Plaintiff requests the following relief:

4

A.    That this Court finds that AmTrust has breached its contract with RMS and determine that AmTrust is required to pay RMS for its damage pursuant to the Policy on its insured loss.

B.    That this Court require AmTrust to pay RMS all other actual damages incurred as a proximate and direct cause of AmTrust's decision not to pay the covered loss;

C.    That this Court require AmTrust to pay RMS any other damages, whether actual or punitive, as provided by law;

D.    That this Court require AmTrust to pay reasonable attorneys' fees, litigation expenses, and costs; and

E.    That this Court provide such other and further relief as is just and appropriate.

Dated: November 13, 2017                    Respectfully submitted,

                                            REGENERATIVE MEDICAL SOLUTIONS,
                                            Plaintiff


                                            By: _Terrence Buehler_____
                                                One of His Attorneys


Terrence Buehler (#59573)
THE LAW OFFICE OF TERRENCE BUEHLER
20 North Clark Street
Suite 800
Chicago, Illinois 60602
(312) 371-4385
*Attorneys for Plaintiff.*

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 5 of 5

5

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
CALENDAR: I
PAGE 1 of 137
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# EXHIBIT

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 2 of 138

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 3 of 137

This page intentionally left blank

AGENCY CUSTOMER ID: _____

**ACORD®**

# INSURANCE SUPPLEMENT - STANDARD FIRE POLICY ONLY

| AGENCY | CARRIER | NAIC CODE |
|---|---|---|
| KING-FORMAN INSURANCE AGENCY, INC. | AmTrust Insurance Company of Kansas, Inc | 15954 |
| **POLICY NUMBER** KBP1016399 04 | **APPLICANT / NAMED INSURED** Regenerative Medical Solutions | |

### POLICYHOLDER DISCLOSURE
### NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from acts of terrorism. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 AND 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

In this state, a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism. Therefore, if you reject this offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism. Coverage for such fire losses will be provided in your policy. The additional premium just for such fire coverage is stated below. If you reject the offer described above for terrorism coverage, this premium is due.

#### Acceptance or Rejection of Terrorism Insurance Coverage

[ ] I hereby elect to purchase terrorism coverage for a prospective premium of $ 2.00 _____.

[X] I hereby decline to purchase terrorism coverage for certified acts of terrorism. I understand that an **exclusion** of certain terrorism losses will be made part of the policy.

If you decline this offer, the premium for terrorism (fire only) coverage is $ 1.00 _____.

| | | |
|---|---|---|
| _____ **Policyholder / Applicant's Signature** | _____ **Print Name** | _____ **Date** |
| _____ **Policyholder / Applicant's Signature** | _____ **Print Name** | _____ **Date** |
| _____ **Policyholder / Applicant's Signature** | _____ **Print Name** | _____ **Date** |
| | | _____ **Effective Date** |

Includes copyrighted material of the National Association of Insurance Commissioners, with its permission.

ACORD 62 US (2015/01)          © 2003-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

ELECTRONICALLY FILED
3/14/2017 12:34 PM
2017-CH-00817
CALENDAR 14

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 5 of 137

This page intentionally left blank

# NOTICE TO POLICYHOLDERS

# ASBESTOS EXCLUSION

This notice does NOT form a part of your insurance contract. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. This notice is designed to alert you to coverage changes when the following exclusionary endorsement is attached to your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy (including its endorsements) and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL**.

Your policy is being issued with the following endorsement:

    IL990044 Exclusion – Asbestos

<strong>SUMMARY</strong>

**Exclusion – Asbestos**

This endorsement excludes liability coverage for "Bodily Injury", "Property Damage", "Personal and Advertising Injury" or "Medical Payments" because of liability arising out of, resulting from, caused by or contributed to by asbestos or exposure to asbestos or its use. Also excluded are damages, loss, cost or expense arising out of assessing the presence, absence or amount or effects of asbestos; identifying, sampling, testing, detecting, cleaning up, monitoring, removing, containing, treating, detoxifying, abating, disposing or mitigating asbestos, or supervision, instructions, recommendations, warnings or advice regarding any of the above which had been given or should have been given. Coverage for investigation or defense is also excluded under this endorsement.

Please refer to the "Exclusion – Asbestos" endorsement for further details.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 6 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 7 of 137

This page intentionally left blank

IL N 151 08 07

# WISCONSIN UNDERINSURED VEHICLE COVERAGE
# POLICY DISCLOSURE STATEMENT

| | |
|---|---|
| **Policy Number:** KBP1016399 04 | **Policy Effective Date:** 2/7/2017 |
| **Company:** AmTrust Insurance Company of Kansas, Inc | **Producer:** KING-FORMAN INSURANCE AGENCY, INC. |
| **Applicant/Named Insured:** Regenerative Medical Solutions | |

☒ Underinsured motorist coverage may not be purchased under this policy.

☐ Underinsured motorist coverage may be purchased under this policy. You should contact us or your agent if you have any questions regarding underinsured motorist coverage and your options with respect to this coverage.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 8 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 9 of 137

This page intentionally left blank



**AmTrust**
F I N A N C I A L

## KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

### AmTrust Underwriting Service

Problems or Questions With Your Insurance? In the event you need to contact someone about this insurance for any reason, please contact your agent. If no agent was involved in the sale of this insurance, or if you have additional questions, you may contact the AmTrust Policyholder Service Office at:

**AMTRUST POLICYHOLDER SERVICE OFFICE**
AmTrust North America
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114
Telephone: 877.528.7878
Fax: 800.487.9654

### Complaint Information

If you have been unable to contact or obtain satisfaction from the insurance company or your agent, you may contact the Office of the Commissioner of Insurance, a state agency which enforces Wisconsin's insurance laws, and file a complaint.

**OFFICE OF THE COMMISSIONER OF INSURANCE**
Complaints Department
125 South Webster Street
PO Box 7873
Madison, WI 53707-7873
1.800.236.8517 or 1.608.266.0103

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, insurance company or the Office of the Commissioner of Insurance, have your policy number available.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 17 of 147

## AmTrust Claims Service

AmTrust's claims staff has an average of 20+ years of experience and provides effective management of claims. Some of the benefits for our customers include a toll-free 24/7 centralized call center staffed by special claims operators; adjusters specialized by claim types, field adjusters to provide direct assistance at loss locations and a highly qualified panel of defense attorneys.

### Information Required for All Claims Reported

- Name of the insured and policy number
- Date, time and place of accident

- Description of accident or incident
- Name, phone and/or email of person making the report

Refer to our Website for additional information on reporting a claim
Website: https://amtrustgroup.com/small-business-insurance/claims/claim-center/report-claim

---

**Workers' Compensation (All States)**
First Report of Claim:
Phone: 866.272.9267
Fax: 775.908.3724 or 877.669.9140
Email: amtrustclaims@grm-inc.com
Claims Status: 888.239.3909

**Other than Workers' Compensation (All States)**
First Report of Claim:
Phone: 866.272.9267
Fax: 877.207.3961
Email: anaclaimsreporting@amtrustgroup.com
Claims Status: 888.239.3909

Agents: Send ACORD Notice of Loss to www.anaclaimsreporting@amtrustgroup.com

---

**Employment Practices Liability, Cyber Liability and Data Breach Response Claims for Small Business (All States)**
Paul Poppish, VP Claims
Amtrust North America
233 N. Michigan Avenue, Suite 1200
Chicago, IL 60601

Phone: 312.803.4630
      888.239.3909 ext 394630
Fax: 312.781.0423
Paul.Poppish@amtrustgroup.com

---

PN990166WI 0816

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 11 of 137

This page intentionally left blank

# COMMERCIAL POLICY



## AmTrust North America
### An AmTrust Financial Company

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 12 of 137

877-528-7878

**800 SUPERIOR AVENUE EAST, 21ST FLOOR**

**CLEVELAND, OH 44114**

## AmTrust Insurance Company of Kansas, Inc.

INSURANCE IS PROVIDED BY
THE COMPANY DESIGNATED ON THE
DECLARATIONS PAGE
(A Stock Insurance Company)

THIS POLICY CONSISTS OF:
-- DECLARATIONS
-- COMMON POLICY CONDITIONS
-- ONE OR MORE COVERAGE PARTS, and
-- APPLICABLE FORMS AND ENDORSEMENTS

IL-PJ-AICK 0414

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 13 of 137

This page intentionally left blank

## Read Your Policy Carefully

This policy is a legal contract between you and us. The information on this page is not the insurance contract and only the actual policy provisions will control. The policy sets forth in detail the rights and obligations of both you and us. It is therefore important that you read your policy carefully.

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of the policy.

This policy is signed by the President and Secretary of the insurance company and, if required by State law, this policy shall not be valid unless countersigned on the Declaration page by its authorized representative.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 14 of 137

President                              Secretary

ILSIGDEC-B 0414

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 15 of 137

This page intentionally left blank



AmTrust Insurance Company of Kansas, Inc
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

## COMMERCIAL COMMON POLICY DECLARATIONS SUMMARY PAGE

| Policy Number KBP1016399 04 | Policy Period | From: 2/7/2017 | To: 2/7/2018 |
|---|---|---|---|
| | | 12:01 A.M. Standard Time at the Name Insured's Address | |

**Transaction**
Renewal

| Named Insured and Address | Producer: 21557 |
|---|---|
| Regenerative Medical Solutions | KING-FORMAN INSURANCE AGENCY, INC. |
| c/o Anthony Kolton | 2604 DEMPSTER ST STE 501 |
| 1116 S. Vine | PARK RIDGE IL 60068-8429 |
| Park Ridge IL 60068 | Telephone: (847) 298-0100 |

| Business Description | Type of Business | Auditable ☐ | Non-Auditable ☒ |
|---|---|---|---|
| Office / Professional / Doctor at the University | Organization Including a | | |
| Madison WI (Premises only) | Corporation | Audit Period | Non-Auditable |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| COVERAGE PART DESCRIPTION | PREMIUM |
|---|---|
| Business Owners Policy | $622.00 |
| | |
| **Policy Premium** | $622.00 |
| **Deposit Premium (if applicable)** | $622.00 |
| **Taxes and Surcharges** | $0.00 |
| **Total Deposit Premium** | $622.00 |
| (Includes Taxes, Surcharges, and applicable Terrorism Premium) | |

**FORMS AND ENDORSEMENTS***

See Forms and Endorsements Schedule

*Entry optional if above in common policy declarations schedule

THESE DECLARATIONS TOGETHER WITH THE COVERAGE DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

ELECTRONICALLY FILED
11/17/2017 4:17 PM
2017-L-011594
PAGE 16 of 137

__1/19/2017__
Date

_Signature of Authorized Representative_

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 17 of 137

**This page intentionally left blank**



AmTrust Insurance Company of Kansas, Inc
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
KBP1016399 04
**Named Insured:**
Regenerative Medical Solutions

## BUSINESSOWNERS POLICY DECLARATIONS

| **Policy Number:** | KBP1016399 04 | **Policy Period:** | **From** 2/7/2017 | **To** 2/7/2018 |
|---|---|---|---|---|

12:01 a.m. Standard Time at the Named Insured's Address

| **Transaction** | Renewal |
|---|---|

| **Named Insured and Address** | **Agent** 21557 |
|---|---|
| Regenerative Medical Solutions<br>c/o Anthony Kolton<br>1116 S. Vine<br>Park Ridge IL 60068 | KING-FORMAN INSURANCE AGENCY, INC.<br>2604 DEMPSTER ST STE 501<br>PARK RIDGE IL 60068-8429<br>Telephone: (847) 298-0100 |

| Business Description | Type of Business | Audit Period |
|---|---|---|
| Office / Professional / Doctor at the University Madison WI (Premises only) | Organization Including a Corporation | Non-Audit |

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 18 of 137

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | | |
|---|---|---|
| **Policy Premium** | $ | 622.00 |
| **Taxes And Surcharges** | $ | |
| **TOTAL POLICY PREMIUM** | $ | 622.00 |
| **(Includes taxes and surcharges)** | | |
| **TOTAL ADVANCE PREMIUM** | $ | 622.00 |
| **(Includes taxes and surcharges)** | | |

**Countersigned:**          **By**

_Jeffrey Ford_

**Authorized Representative**

Issued Date: 1/19/2017
BP DEC A 01 06          Includes Copyrighted Material of the Insurance Services Office, Inc.
Used with permission.          Page 2 of 8

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 19 of 137

This page intentionally left blank



AmTrust Insurance Company of Kansas, Inc
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

Policy Number:
KBP1016399 04
Named Insured:
Regenerative Medical Solutions

## BUSINESSOWNERS POLICY DECLARATIONS
### SECTION I - PROPERTY

## PROPERTY COVERAGE LIMITS OF INSURANCE

| Prem. No. | Bldg. No. | Type Of Property (Building Or Business Personal Property) | Building Actual Cash Value Option (Yes Or No) | Building Automatic Percentage Increase ** | Earthquake % Deductible (Refer To BP 10 03) | Limit Of Insurance* |
|---|---|---|---|---|---|---|
| 1 | 1 | Personal Property | No | % | % | $85,000 |

*Includes Automatic Increase Building Limit Percentage
**This percentage can only vary by premises, not by building.

## DEDUCTIBLES (Apply per location, per occurrence)

| Prem. No. | Property Deductible | Optional Coverage and Glass Deductible | Windstorm Or Hail Percentage Deductible |
|---|---|---|---|
| 1 | $1,000 | $500 | % |

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 20 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 21 of 137

This page intentionally left blank



AmTrust Insurance Company of Kansas, Inc
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
KBP1016399 04
**Named Insured:**
Regenerative Medical Solutions

## BUSINESSOWNERS POLICY DECLARATIONS
## SECTION II - LIABILITY AND MEDICAL EXPENSES

Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to **Section II – Liability** in the Businessowners Coverage Form and any attached endorsements.

| Coverage | | Limit Of Insurance |
|---|---|---|
| Liability & Medical Expenses | $ | 1,000,000 Per Occurrence |
| Medical Expenses | $ | 5,000 Per Person |
| Damage To Premises Rented To You | $ | 50,000 Any One Premises |
| Other Than Products/Completed Operations Aggregate | $ | 2,000,000 |
| Products/Completed Operations Aggregate | $ | 2,000,000 |

**Optional Coverages – Applicable only if an "X" is shown in the boxes below:**

Self-Storage Facilities

☐ Customer Goods Legal Liability
(Optional Increased Limits) — $ — Per Occurrence

Motels

☐ Motels – Liability For Guests' Property — Optional Limits: $ — Per Occurrence
$ — Per Guest

☐ Motels – Liability For Guests' Property In Safe Deposit Boxes — $ — Per Occurrence

### DEDUCTIBLE

Optional Property Damage Liability Deductible Per Occurrence ( BP 07 04 ) — $ — None

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 22 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 23 of 137

This page intentionally left blank



AmTrust Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
KBP1016399 04
**Named Insured:**
Regenerative Medical Solutions

# BUSINESSOWNERS POLICY DECLARATIONS SUPPLEMENT
# LOCATION SUMMARY

Location 1
505 S Rosa Road, Suite 26
Madison WI 53719

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 24 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 25 of 137

This page intentionally left blank

 AmTrust Insurance Company of Kansas, Inc
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
KBP1016399 04
**Named Insured:**
Regenerative Medical Solutions

# BUSINESSOWNERS POLICY DECLARATIONS SUPPLEMENT
## POLICY INTEREST SCHEDULE

BP04020106
WiCell Research Institute C/O Dave Trummer 401
Charmany Drive, Suite 205 Madison, WI 53719

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 26 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 27 of 137

This page intentionally left blank



AmTrust Insurance Company of Kansas, Inc
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
KBPJ016399 04
**Named Insured:**
Regenerative Medical Solutions

# BUSINESSOWNERS POLICY DECLARATIONS SUPPLEMENT
## DESCRIPTION OF PREMISES

| Prem No. | Bldg No. | Class Code Description | Class Code | Construction | Prot Class | Terr |
|---|---|---|---|---|---|---|
| 1 | 1 | Office - Not Otherwise Classified | 65121 | Masonry Non-Combustible (Code 4) | 3 | 702 |

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 28 of 137

Includes Copyrighted Material of the Insurance Services Office, Inc.
Used with permission

This page intentionally left blank

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 29 of 137



AmTrust Insurance Company of Kansas, Inc
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
KBP1016399 04
**Named Insured:**
Regenerative Medical Solutions

# COMMERCIAL COMMON POLICY DECLARATIONS
## FORMS AND ENDORSEMENTS SCHEDULE

| Coverage | Form Number | Edition Date | Title |
|---|---|---|---|
| BOP | 260100 | 01/10 | EQUIPMENT BREAKDOWN COVERAGE |
| BOP | 260106 | 01/10 | LEAD CONTAMINATION EXCLUSION |
| BOP | 260115 | 05/11 | BUSINESSOWNER ENHANCED EXPANSION BLANKET ENDORSEMENT |
| BOP | BP0003 | 01/06 | BUSINESSOWNERS COVERAGE FORM |
| BOP | BP0127 | 01/06 | WISCONSIN CHANGES |
| BOP | BP0159 | 08/08 | WATER EXCLUSION ENDORSEMENT |
| BOP | BP0402 | 01/06 | ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES |
| BOP | BP0417 | 07/02 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| BOP | BP0492 | 07/02 | TOTAL POLLUTION EXCLUSION |
| BOP | BP0501 | 07/02 | CALCULATION OF PREMIUM |
| BOP | BP0515 | 01/15 | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| BOP | BP0524 | 01/15 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| BOP | BP0577 | 01/06 | FUNGI OR BACTERIA EXCLUSION (LIABILITY) |
| BOP | BP0601 | 01/07 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| BOP | BPIN01 | 01/06 | BUSINESSOWNERS COVERAGE FORM INDEX |
| IL | IL990044 | 01/17 | ASBESTOS EXCLUSION |

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 30 of 137

**Issued Date: 1/19/2017**

ILFORMSCH 0414

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 31 of 137

**This page intentionally left blank**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS COVERAGE FORM**

**Section I – Property** is amended as follows:

**A.** The following is added to Paragraph A.3. Covered Causes of Loss in Section I – Property:

**Additional Coverage – Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

1. We will pay for direct physical damage to Covered Property that is the direct result of an "accident." As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment." The event must be one of the following:

   **a.** mechanical breakdown, including rupture or bursting caused by centrifugal force;

   **b.** artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

   **c.** explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

   **d.** loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   **e.** loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2. Unless otherwise shown in a Schedule, the following coverages also apply to the direct result of an "accident." These coverages do not provide additional amounts of insurance.

   **a.** **Expediting Expenses**

   With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

   **(1)** make temporary repairs; and

   **(2)** expedite permanent repairs or permanent replacement.

   The most we will pay for loss or expense under this coverage is $25,000 unless otherwise shown in a Schedule.

   **b.** **Hazardous Substances**

   We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

   This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in 2.c.(1)(b) below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

   The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $25,000 unless otherwise shown in a Schedule.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 32 of 137

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

c. **Spoilage**

  (1) We will pay:

    (a) for physical damage to "perishable goods" due to spoilage;

    (b) for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

    (c) any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

  (2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Loss Payment condition.

  The most we will pay for loss, damage or expense under this coverage is $25,000 unless otherwise shown in a Schedule.

d. **Data Restoration**

  We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data."

  The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $25,000 unless otherwise shown in a Schedule.

e. **Service Interruption**

  (1) Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

  (2) We will not pay for any loss of Business Income you sustain that results from the interruption of utility services during the first 24 hours following the "accident." However, if a deductible is shown in a Schedule as provided for in paragraph C. below, or if the "period of restoration" begins more than 24 hours after the time of the direct physical damage for Business Income, then that deductible or time period will apply instead of the 24 hours provided for in this paragraph.

  (3) The most we will pay in any "one accident" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense or Spoilage, except that if a limit is shown in a Schedule for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

f. **Business Income and Extra Expense**

  Any insurance provided under this policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in a Schedule, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident," and the deductible shown in the Schedule will apply.

  The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a Schedule.

**B.** The following is added to Paragraph B. Exclusions:

**Equipment Breakdown Exclusions**

All exclusions in the Businessowners Coverage Form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.

  **1.** The following exclusions are modified:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 33 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 34 of 137

  **a.** The following is added to Exclusion B.1.g.:

However, if electrical "covered equipment" requires drying out because of Water as described in g.(1) through g.(3) above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

  **b.** As respects this endorsement only, the next to the last paragraph in Exclusion B.1.h. is deleted and replaced with the following:

However, if excluded loss or damage, as described in Paragraph (1) above results in an "accident," we will pay only for the loss, damage or expense caused by such "accident."

  **c.** As respects this endorsement only, the last paragraph of Exclusion B.2.l. is deleted and replaced with the following:

But if an excluded cause of loss that is listed in 2.l.(1) through (7) results in an "accident," we will pay for the loss, damage or expense caused by that "accident."

  **d.** The following is added to Exclusions B.2.m. and B.2.n.:

We will also pay for direct physical loss or damage caused by an "accident."

**2.** The following exclusions are added:

  **a.** We will not pay for loss, damage or expense caused by or resulting from:

    **(1)** a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

    **(2)** any of the following:

      **(a)** defect, programming error, programming limitation, computer virus, malicious code, loss of data, loss of access, loss of use, loss of functionality or other condition within or involving "electronic data" of any kind; or

      **(b)** misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident."

  **b.** With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in A.1.c. above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

  **c.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

    **(1)** loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

    **(2)** any increase in loss resulting from an agreement between you and your customer or supplier.

  **d.** We will not pay for any loss or damage to animals.

**C. DEDUCTIBLES**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in a Schedule. If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision D. Deductibles is deleted and replaced with the following:

**1. Deductibles for Each Coverage**

  **a.** Unless the Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident."

  **b.** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 35 of 137

coverage in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

   **c.** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident," only the highest deductible for each coverage will apply.

**2. Direct and Indirect Coverages**

   **a.** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Schedule.

   **b.** Unless more specifically indicated in the Schedule:

   **(1)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

   **(2)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**3. Application of Deductibles**

   **a. Dollar Deductibles**

   We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

   **b. Time Deductible**

   If a time deductible is shown in the Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

   **c. Multiple of Average Daily Value (ADV)**

   If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

   The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

   The number indicated in the Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

   **d. Percentage of Loss Deductibles**

   If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**D. CONDITIONS**

The following conditions are in addition to the Conditions in the Businessowners Coverage Form.

**1. Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

   **a.** your last known address; or

   **b.** the address where the "covered equipment" is located.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**2. Jurisdictional Inspections**

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**3. Environmental, Safety and Efficiency Improvements**

If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**4. Coinsurance**

If a coinsurance percentage is shown in a Schedule for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

**E.** The following definitions are added:

**1.** "Boilers and vessels" means:

   **a.** Any boiler, including attached steam, condensate and feedwater piping; and

   **b.** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

**2.** "Covered equipment"

   **a.** "Covered equipment" means, unless otherwise specified in a Schedule, Covered Property:

     **(1)** that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

     **(2)** which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

   **b.** None of the following is "covered equipment":

     **(1)** structure, foundation, cabinet, compartment or air supported structure or building;

     **(2)** insulating or refractory material;

     **(3)** sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

     **(4)** water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

     **(5)** "vehicle" or any equipment mounted on a "vehicle";

     **(6)** satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

     **(7)** dragline, excavation or construction equipment; or

     **(8)** equipment manufactured by you for sale.

**3.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 36 of 137

4. "One accident" means: If an initial "accident" causes other "accidents," all will be considered "one accident." All "accidents" that are the result of the same event will be considered "one accident."

5. "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

6. "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus.

   This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

7. "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

   However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle."

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in a Schedule. Coverage provided under this endorsement does not provide an additional amount of insurance.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 37 of 137

POLICY NUMBER: KBP1016399 04

BUSINESSOWNERS
26-0106 01 10

**This Endorsement Changes The Policy. Please Read It Carefully.**

# LEAD CONTAMINATION EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to **Section II – Liability, Part B. Exclusions - Applicable to both Business Liability And Medical Expenses Coverage.**

**4. Lead Contamination Exclusion**

This insurance does not apply to:

"Bodily injury", "property damage", "personal injury", "advertising injury", "medical payments" or any other damages because of liability, alleged liability, or occurrence resulting from, caused by, arising out of or in any way connected with:

(1) The existence of lead, the removal of lead, testing for lead, or exposure to lead in any form which is or has at any time been present in, on, or near, the insured's premises; or at any location at which the insured is working or has worked in connection with such existence, removal or testing:

(a) Whether or not caused by, at the instigation of, or with the direct or indirect involvement of the insured, the insured's employees or other persons on the insured's premises or work site; or;

(b) Whether or not caused by or arising out of the insured's failure to properly supervise or keep the work site in a safe condition.

(2) Any obligation to share damages with or repay someone else in connection with any of the subsections above.

No coverage is provided for the investigation or defense of any loss, injury, or damage or any cost, fine or penalty or for any expense or claim or suit related to any of the above.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 38 of 137

26-0106 01 10

Page 1 of 1

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 39 of 137

This page intentionally left blank

POLICY NO:   KBP1016399 04                                        26-0115 05 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# BUSINESSOWNER ENHANCED EXPANSION
# BLANKET ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS COVERAGE FORM BP 00 03**

**I.**   **FOR THE PURPOSES OF THE COVERAGE PROVIDED BY THIS ENDORSEMENT, SECTION I – PROPERTY IS AMENDED AS FOLLOWS:**

    **A.**  **The following is added to Paragraph A. Coverages:**

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 40 of 137

        **1.**  We will pay up to $250,000 in any one occurrence as a Blanket Coverage Limit of Insurance to apply at each described premises and to apply to the sum of all covered losses under the coverages described in this section A.1.a. through A.1.e. arising out of a single Covered Cause of Loss occurrence. You may apportion this Limit among these coverages as you choose. This Limit of Insurance is excess to any other Limit of Insurance provided by this endorsement for these coverages. This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for these coverages.

           **a.**  **Accounts Receivable**

              Within the Blanket Coverage Limit of Insurance, we will pay for increases under the Accounts Receivable Coverage Extension Paragraph **A.6.f.(2)**.

           **b.**  **Debris Removal**

              (1) Within the Blanket Coverage Limit of Insurance, we will pay for increases under the Debris Removal Additional Coverage Paragraph **A.5.a.(4)**.

              (2) We will pay your expenses to remove windblown debris of property not covered from your described premises.

                  The most we will pay for loss or damage under this extension is $2,500.

           **c.**  **Electronic Data**

              Within the Blanket Coverage Limit of Insurance, we will pay for increases under the Electronic Data Additional Coverage Paragraph **A.5.p.**

           **d.**  **Personal Property of Others**

              Within the Blanket Coverage Limit of Insurance, we will pay for direct physical loss of or physical damage to personal property of others that is in your care, custody or control.

           **e.**  **Valuable Papers and Records**

              Within the Blanket Coverage Limit of Insurance, we will pay for increases under the Valuable Papers and Records Coverage Extension Paragraph **A.6.e.(3)**.

        **2.**  **Appurtenant Structures**

           The following Additional Coverage is added:

           **a.**  You may extend the insurance that applies to Building to apply appurtenant structures at the described premises. The most we will pay in any one occurrence for direct physical loss or physical damage is $25,000 at each described premises.

           **b.**  You may extend the insurance that applies to Business Personal Property to apply to Business Personal Property in appurtenant structures at the described premises. The most we will pay in any one occurrence for direct physical loss or physical damage is $5,000 at each described premises.

           **c.**  Incidental appurtenant buildings or structures include:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 41 of 137

**(1)** Storage buildings;

**(2)** Carports;

**(3)** Garages; or

**(4)** Pump houses.

which have not been specifically described in the Declarations.

    **d.** Payments made under this Additional Coverage are in addition to the applicable Limits of Insurance.

**3. Arson Reward**

The following Additional Coverage is added:

In the event that a covered fire loss is of a suspicious nature, we will pay a $15,000 reward to reimburse you for rewards you pay for information leading to convictions for that act of arson.

The most we will pay for a loss, annually under this Additional Coverage is $15,000.

No deductible applies to this Additional Coverage.

**4. Brands and Labels**

The following Additional Coverage is added:

    **a.** If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value. If so, you may:

        **(1)** Stamp the word "salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

        **(2)** Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

    **b.** We will pay reasonable costs you incur to perform the activity described in Paragraphs **a.(1)** or **a.(2)** above. But the total we pay for these costs and the value of the damaged property will not exceed the applicable Limit of Insurance on such property.

**5. Business Income from Dependent Properties**

The following Additional Coverage is added:

The Business Income from Dependent Properties Limit of Insurance under Paragraph **A.5.m.(1)** is increased to $250,000 at each described premises.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**6. Civil Authority**

The following Additional Coverage is added:

The Civil Authority time period under Paragraph **A.5.i.(1)** is replaced by the following:

(1) 60 consecutive days after the time of that action; or

**7. Claim Expenses**

The following Additional Coverage is added:

In the event of covered loss we will pay up to $10,000 in any one occurrence as a Limit of Insurance to cover reasonable expenses incurred by you at our specific request to assist us in:

    **a.** The investigation of a claim or suit; or

    **b.** The determination of the amount of loss, such as taking inventory, or auditing business records.

**8. Computer Fraud**

The following Additional Coverage is added:

    **a.** We will pay up to $5,000 in any one occurrence as a Limit of Insurance for physical loss of or physical damage to "money", "securities", and other property having intrinsic value resulting directly from computer fraud. Computer fraud means any act of stealing property following and directly related to the use of any computer to fraudulently cause a transfer of that property from

inside your premises or from a banking institution or similar safe depository, to a person (other than a "messenger") outside those premises or to a place outside those premises.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**b.** With respect to the coverage provided by this Additional Coverage, Paragraph **A.4. Limitations, Subparagraph a.(4)** does not apply.

**c.** With respect to the coverage provided by this Additional Coverage, Paragraph **B. Exclusions** is amended as follows:

**(1)** Paragraph **2.g. False Pretense** does not apply.

**(2)** The following exclusion is added:

We will not pay for loss or damages caused by or resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**(3)** The following exclusion is added:

Or damage to "money" and "securities" following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described premises, bank or savings institution:

**(a)** To a person (other than a messenger) outside those premises; or

**(b)** To a place outside those premises.

**9. Definition of Premises**

The following Additional Coverage is added:

The described premises include the area within 1,000 feet of the site at which the described premises are located.

**10. Employee Dishonesty (including ERISA Compliance)**

The following Additional Coverage is added:

**a.** Under Paragraph **G.3.,** will pay up to $25,000 in any one occurrence as a Limit of Insurance for Employee Dishonesty at each described premises. This includes Employee Benefit Plans.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**b. ERISA Compliance**

In compliance with certain provisions of the Employee Retirement Income Security Act (ERISA):

**(1)** "Employee" also includes any natural person who is:

**(a)** A trustee, an officer, employee, administrator, or a manager, except an administrator or a manager who is an independent contractor, of any Employee Welfare or Pension Benefit Plan (hereafter called Plan) insured under this insurance; and

**(b)** Your director or trustee while that person is handling funds or other property of any Plan insured under this insurance.

**(2)** If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for Employee Dishonesty that is sufficient to provide an amount of insurance for each Plan that is at least equal to that required if each Plan were separately insured.

**(3)** Any payment we make to you for "loss" sustained by any Plan will be held by that Insured for the use and benefit of the Plan(s) sustaining the "loss."

**(4)** If two or more Plans are insured under this insurance, any payment we make for "loss":

**(a)** Sustained by two or more plans; or

**(b)** Of commingled funds or other property of two or more plans that arises out of one "occurrence," is to be shared by each Plan sustaining "loss" in the proportion that the

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 42 of 137

amount of insurance required for each such Plan under ERISA provisions bears to the total of those amounts.

    **(5)** Any Plan intended to benefit your employees is also considered an Insured, but only as it pertains to Employee Dishonesty coverage.

    **(6)** The deductible provision does not apply to loss sustained by any Plan.

**11. Extended Business Income**

The following Additional Coverage is added:

Paragraph **A.5.f.(2)(a)(ii)ii** of the **Business Income Additional Coverage** is amended as follows:

    **ii.** 180 consecutive days after the date determined in Paragraph **(a)(i)** above unless a greater number of days is shown in the Declarations.

**12. Fine Arts**

The following Additional Coverage is added:

  **a.** We will pay up to $25,000 in any one occurrence as a Limit of Insurance to apply to Fine Arts.

    This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

  **b.** We will pay for direct loss of or damage to Fine Arts, which are:

    **(1)** Owned by you; or

    **(2)** Owned by others, and in your care, custody and control; and

    **(3)** Located at the described premises, or in transit to or from the described premises, or at your residence.

  **c.** Fine arts includes, but is not limited to, antiques, paintings, etchings, drawings, tapestries, sculptures and fragile property such as porcelains, china and marble.

  **d.** The value of fine arts will be the least of the following amounts:

    **(1)** The actual cash value of that property at the time of loss;

    **(2)** The cost of reasonably restoring that property to its condition immediately before loss; or

    **(3)** The cost of replacing that property with substantially identical property.

  **e.** In the event of loss, the value of property will be determined as of the time of loss.

  **f.** The following are added to Paragraph E. **Property Loss Conditions** under **Section I – Property**:

    In case of loss to any part of a pair or set we will:

    **(1)** Repair or replace any part to restore the pair or set to its value before the loss; or

    **(2)** Pay the difference between the value of the pair or set before and after the loss.

**13. Fire Department Service Charge**

The following Additional Coverage is added:

The Fire Department Service Charge Limit of Insurance under Paragraph **A.5.c.** is increased to $25,000 at each described premises.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**14. Forgery or Alteration**

The following Additional Coverage is added:

The Forgery or Alteration Limit of Insurance under Paragraph **A.5.k.(4)** is increased to $25,000 at each described premises.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**15. Identity Fraud Expense**

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 43 of 137

The following Additional Coverage is added:

**a. Identity Fraud Expense Coverage**

    **(1)** We will pay up to $25,000 for the sum of all "expenses" incurred by you as the direct result of all acts of "identity fraud" first discovered or learned of during the policy period.

    **(2)** We will pay up to $5,000 for the sum of all additional advertising expenses you incur to restore your reputation as the result of all acts of "identity fraud" first discovered or learned of during the policy period.

    **(3)** Regardless of the number of claims you make:

        **(a)** $25,000 is the most we will pay for the sum of all Identity Fraud "expenses"; and

        **(b)** $5,000 is the most we will pay for the sum of all additional advertising expenses.

These limits are the most we will pay as a result of all acts of "identity fraud" which are first discovered or learned of during the policy period.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against you, is considered to be one "identity fraud", even if a series of acts continues into a subsequent policy period.

**b.** With respect to the coverage provided by this endorsement, the following is added to Paragraph **B. Exclusions:**

We will not pay for:

    **(1)** "Expenses" or additional advertising expenses incurred by you as the result of any "identity fraud" due to any fraudulent, dishonest or criminal act by:

        **(a)** You, your partners, "members", officers, "managers", directors, trustees; or

        **(b)** Any authorized representative of yours, but only if such act was committed with the knowledge or consent of any of the individuals listed in Paragraph **b.(1)(a)** of this endorsement,

    whether acting alone or in collusion with others.

    In the event of any such act, no insured is entitled to "expenses" or additional advertising expenses, including insureds who did not commit or conspire to commit the act causing the "identity fraud".

    **(2)** Loss other than "expenses" or additional advertising expenses.

**c.** With respect to the coverage provided by this endorsement, Paragraph **D. Deductible** is replaced by the following:

We will not pay for "expenses" or additional advertising expenses until the amount of "expenses" and advertising expenses exceeds $250. We will then pay the amount of "expenses" and additional advertising expenses in excess of the deductible up to the applicable limit of insurance provided in this Additional Coverage. No other deductible applies to Identity Fraud Expense Coverage.

**d.** With respect to the coverage provided by this Additional Coverage the following is added to Paragraph **E.3. Duties In The Event Of Loss Or Damage Property Loss Conditions**:

Send to us, within 60 days after our request, receipts, bills or other records that support your claim for "expenses" or additional advertising expenses under Identity Fraud Expense Coverage.

**e.** The coverage provided by this Additional Coverages does not apply to any loss payable under Employee Dishonesty Optional Coverage.

**f.** The following definitions are added to Paragraph **H. Definitions**:

    **(1)** "Expenses" means:

        **(a)** Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

        **(b)** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 44 of 137

(c) Costs for obtaining credit reports.

(d) Lost income resulting from time taken off work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum payment of $250 per day. Total payment for lost income is not to exceed $10,000.

(e) Loan application fees for reapplying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information.

(f) Reasonable attorney fees incurred as a result of "identity fraud" to:

(i) Defend lawsuits brought against you by merchants, vendors, suppliers, financial institutions or their collection agencies;

(ii) Remove any criminal or civil judgments wrongly entered against you; and

(iii) Challenge the accuracy or completeness of any information in a consumer credit report.

(g) Charges incurred for long distance telephone calls to merchants, vendors, suppliers, customers, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity fraud".

(2) "Identity fraud" means the act of knowingly transferring or using, without lawful authority, a means of identification of your business, as described in the Declarations, with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

g. With respect to the coverage provided by this endorsement, the Other Insurance Condition under Section III – Common Policy Conditions is replaced by the following:

The coverage provided under this endorsement will be excess over any other insurance or agreement covering the same loss or damage, whether you can collect on it or not. But we will not pay more than the applicable limit of insurance provided under this endorsement.

## 16. Interruption Of Computer Operations

The following Additional Coverage is added:

The Interruption Of Computer Operations Limit of Insurance under Paragraph A.5.q.(3) is increased to $25,000 at each described premises.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage

## 17. Lease Loss Assessment

The following Additional Coverage is added:

If required in a written lease agreement, we will pay up to $2,500 in any one occurrence for your share of an assessment charged to all tenants by the building owner as a result of direct physical damage caused by or resulting from a Covered Cause of Loss to building property you occupy.

## 18. Leasehold Improvements

The following Additional Coverage is added:

We will pay for loss of Improvements and Betterments Leasehold Interest you sustain due to the cancellation of your lease. The cancellation must result from direct physical loss of or damage to property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

We will pay up to $15,000 in any one occurrence as a Limit of Insurance for this Additional Coverage.

## 19. Lock and Key Replacement

The following Additional Coverage is added:

We will pay up to $25,000 in any one occurrence as a Limit of Insurance for the necessary expenses you incur to repair or replace locks and keys resulting from theft or copying of keys or any other legitimate security concern.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 45 of 137

Includes Copyrighted Material of the Insurance Services Office, Inc.
Used with permission

26-0115 05 11

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

This insurance does not apply to loss caused by:

**a.** Vandalism; or

**b.** Wear and Tear.

This Additional Coverage is not subject to a deductible.

**20. Money And Securities**

The following Additional Coverage is added:

Under Paragraph **G.2.**, we will pay up to $15,000 for Inside Money and Securities and $15,000 for Outside Money and Securities as a Limit of Insurance at each described premises.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**21. Money Orders and Counterfeit Paper Currency**

The following Additional Coverage is added:

The Money Orders and Counterfeit Money Limit of Insurance under Paragraph **A.5.j.** is increased to $50,000 at each described premises.

**22. Newly Acquired or Constructed Property**

The following changes are made to Newly Acquired or Constructed Property Paragraph **A.6.a.**:

**a. Building**

The most we will pay at each building in any one occurrence under Paragraph **A.6.a.(1)** is increased to $1,000,000.

**b. Business Personal Property**

The most we will pay at each building in any one occurrence under Paragraph **A.6.a.(2)** is increased to $500,000.

**c. Period Of Coverage**

The number of days under Paragraph **A.6.a.(3)(b)** is increased to 180 days.

**d. Business Income**

The following Additional Coverage is added:

We will pay up to $500,000 in any one occurrence as a Limit of Insurance to apply to Business Income to cover at any location you acquire, by purchase or lease other than fairs or exhibitions.

Insurance under this Additional Coverage for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 60 days expire after you acquire or begin to construct the property;

**(3)** The property is more specifically insured on this policy or elsewhere; or

**(4)** You report values to us.

We will charge you additional premium for values reported from the day construction begins or you acquire the property.

**23. Off-Premises Utility Services - Direct Damage**

The following Additional Coverage is added:

**a.** We will pay up to $100,000 in any one occurrence as a Limit of Insurance at each described premises for loss of or damage to Covered Property described in the Policy, caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property:

**(1)** "Water Supply Services", meaning the following types of property supplying water to the described premises:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 46 of 137

       **(a)** Pumping stations; and

       **(b)** Water mains.

    **(2)** "Communication Supply Services", meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

       **(a)** Communication transmission lines, including optic fiber transmission lines;

       **(b)** Coaxial cables; and

       **(c)** Microwave radio relays except satellites.

    It does not include overhead transmission lines.

    **(3)** "Power Supply Services", meaning the following types of property supplying electricity, steam or gas to the described premises:

       **(a)** Utility generating plants;

       **(b)** Switching stations;

       **(c)** Substations; and

       **(d)** Transformers; and

       **(e)** Transmission lines.

    It does not include overhead transmission lines

  This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**b.** We will pay up to $25,000 in any one occurrence as a Limit of Insurance at each described premises for loss of or damage to Covered Property described in the Policy, caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property:

    **(1)** Overhead Transmission Lines for "Communication Supply Services", meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises.

    **(2)** Overhead Transmission Lines for "Power Supply Services", meaning the following types of property supplying electricity, steam or gas to the described premises.

  This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**c. Exception**

  Coverage under this Additional Coverage for loss or damage to Covered Property does not apply to loss or damage to "electronic data", including destruction or corruption of "electronic data".

**d.** Paragraph **B.1.e.** Power Failure Exclusion does not apply to this Additional Coverage.

**24. Off-Premises Utility Services – Business Income**

The following Additional Coverage is added:

**a.** We will pay up to $25,000 in any one occurrence as a Limit of Insurance at each described premises for loss of Business Income or Extra Expense at the described premises caused by the interruption of service to the described premises.

  This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**b.** The interruption in utility service must result from direct physical damage by a Covered Cause of Loss to the property described in Paragraph **c.** and is located outside of a covered building described in the declarations.

**c. Utility Services**

    **(1)** "Water Supply Services", meaning the following types of property supplying water to the described premises:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 47 of 137

    Includes Copyrighted Material of the Insurance Services Office, Inc. Used with permission     26-0115 05 11

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-01594
PAGE 48 of 137

    **(a)** Pumping stations; and

    **(b)** Water mains.

**(2)** Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

    **(a)** Communication transmission lines, including optic fiber transmission lines;

    **(b)** Coaxial cables;

    **(c)** Microwave radio relays except satellites; and

    **(d)** Transmission Lines.

**(3)** "Power Supply Services", meaning the following types of property supplying electricity, steam or gas to the described premises:

    **(a)** Utility generating plants;

    **(b)** Switching stations;

    **(c)** Substations; and

    **(d)** Transformers; and

    **(e)** Transmission Lines

**d. Exception**

Coverage under this Additional Coverage does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to "electronic data", including destruction or corruption of "electronic data".

**e.** Paragraph **B.1.e.** Power Failure Exclusion does not apply to this Additional Coverage.

**25. Ordinance or Law Coverage**

The following Additional Coverage is added:

**a.** If a Covered Cause of Loss occurs to covered Building property at described premises, we will pay:

**(1) Loss to the Undamaged Portion of the Building**

For the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building. Loss to the undamaged portion of the building is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. This Additional Coverage does not increase the Limit of Insurance.

Payment for the undamaged portion of the building will be on the same valuation basis applicable to the physically damaged portion of the building.

**(2) Demolition**

The cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

Paragraph **E. 5. d. Loss Payment Property Loss Condition** does not apply to Demolition.

The most we will pay in any one occurrence for loss under this Coverage is $100,000 at each described premises.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**(3) Increased Cost of Construction – Building**

The increased cost:

    **(a)** Repair or reconstruct damaged portions of that building; and/or

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 49 of 137

**(b)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**(a)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(b)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

Paragraph **E.5.d. Loss Payment Property Loss Condition** does not apply to the Increased Cost of Construction Coverage.

The most we will pay in any one occurrence for loss under this Additional Coverage is $100,000 at each described premises.

**(4) Increased Cost of Construction – Tenants' Improvements and Betterments**

The increased cost to repair, rebuild or reconstruct "tenant's improvements and betterments" caused by enforcement of building, zoning or land use ordinance or law.

The most we will pay in any one occurrence for loss under this Additional Coverage is $25,000 at each described premises.

**(5) Business Income and Extra Expense**

**(a)** The amount of actual and necessary loss you sustain during the increased period of suspension of your "operations" caused by or resulting from the enforcement of any ordinance or law that:

**(i)** Regulates the construction or repair of any property;

**(ii)** Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

**(iii)** Is in force at the time of loss.

The most we will pay in any one occurrence for loss under this Additional Coverage is $100,000 at each described premises.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**(b)** Paragraph **H.9.** Period Of Restoration Definition is replaced by the following:

**9.** "Period of Restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises, unless a lesser number of hours is shown in the policy; or

**(2)** Immediately after the time of the direct physical loss or damage for Extra Expense Coverage caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" includes any increased period required to repair or reconstruct the property to comply with the minimum standards of any ordinance or law, in force at the time of loss, that regulates the construction or repair, or requires the tearing down of any property.

Includes Copyrighted Material of the Insurance Services Office, Inc.
Used with permission

The expiration date of this policy will not cut short the "period of restoration.

**b.** We will not pay under this Additional Coverage for:

    **(1)** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread of any activity of "fungi", wet or dry rot or bacteria; or

    **(2)** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

**c.** The terms of these Coverages apply separately to each building.

**d.** Paragraph **B.1.a.** Ordinance of Law Exclusion does not apply to this Additional Coverage.

**e.** Paragraph **A.5.l. Increased Cost Of Construction** does not apply with this Additional Coverage.

**26. Outdoor Property**

The following Additional Coverage is added:

The Outdoor Property Limit of Insurance under Paragraph **A.6.c.** is increased to $50,000 at each described premises, but not more than $1,000 for any one tree, shrub or plant.

**27. Outdoor Signs**

The following Additional Coverage is added:

Under Paragraph **G.1.,** we will pay up to full value of outdoor signs at each described premises.

This Additional Coverage is in addition to any recoverable Limits of Insurance applicable to Building or Business Personal Property.

**28. Pairs or Sets**

The following Additional Coverage is added:

If pairs or sets are damaged by a Covered Cause of Loss, we will pay any reduction in value of the undamaged parts of such damaged pairs or sets.

This coverage is included within the Business Personal Property Limit of Insurance.

**29. Personal Effects**

The following Additional Coverage is added:

The Personal Effects Limit of Liability under Paragraph **A.6.d.** is increased to $25,000 at each described premises.

You may extend the insurance that applies to Business Personal Property to apply to portable tools and equipment used in your business and owned by you, your officers, your partners or "members", your "managers" or your employees. The most we will pay for loss or damage under this Extension is $5,000. This extension does not apply to loss or damage by theft.

**30. Personal Property Off-Premises Or In Transit**

The following Additional Coverage is added:

The Personal Property Off-Premises Or In Transit Limit of Liability under Paragraph **A.6.b.** is increased to $50,000 for any one occurrence.

**31. Pollutant Clean Up and Removal**

The following Additional Coverage is added:

The Pollutant Clean Up and Removal Limit of Insurance under Paragraph **A.5.h.** is increased to $50,000 at each described premises.

**32. Salespersons' Samples**

The following Additional Coverage is added:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 50 of 137

We will pay up to $1,000 in any one occurrence as an additional Limit of Insurance to extend Business Personal Property to cover:

**a.** Samples of your stock in trade (including containers); and

**b.** Similar property of others; but only while such property is in:

    **(1)** Your custody while acting as a sales representatives; or

    **(2)** In the custody of your sales representative or agents.

## 33. Spoilage

The following Additional Coverage is added:

**a.** We will pay up to $50,000 in any one occurrence as a Limit of Insurance to apply at each described premises for direct physical loss of or physical damage to "perishable stock" caused by or resulting from:

    **(1)** Breakdown or Contamination, meaning:

        **(a)** Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises shown on the Declarations; and

        **(b)** Contamination by the refrigerant.

    **(2)** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**b. Valuation**

Paragraph **E.5. Loss Payment** Item **d.** is replaced by the following:

    **d.** We will determine the value of finished "perishable stock" in the event of loss or damage at:

    **(1)** The selling price, as if no loss or damage had occurred;

    **(2)** Less discounts and expenses you otherwise would have had.

**c. Exclusions**

Paragraph **B. Exclusions** in **Section I – Property** is replaced by the following:

    **(1)** Of the Exclusions contained in Paragraph **B.1.** in **Section I – Property**, only the following apply to Spoilage Coverage:

        **b.** Earth Movement;

        **c.** Governmental Action;

        **d.** Nuclear Hazard;

        **f.** War And Military Action; and

        **g.** Water.

    **(2)** We will not pay for loss or damage caused by or resulting from:

        **(a)** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

        **(b)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

        **(c)** The inability of an electrical utility company or other power source to provide sufficient power due to:

            **(i)** Lack of fuel; or

            **(ii)** Governmental order.

        **(d)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 51 of 137

(e) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**d. Deductible**

Paragraph **D. Deductibles** is replaced by the following:

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $250, unless a different deductible is stated in the policy for Spoilage Coverage. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance.

**e. Definitions**

The following is added to Paragraph **H. Property Definitions**:

"Perishable stock" means property:

**(1)** Maintained under controlled temperature or humidity conditions for preservation; and

**(2)** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

**f. Property Not Covered**

The following is added to Paragraph **A.2. Property Not Covered**:

**k.** Property located:

**(1)** On buildings;

**(2)** In the open; or

**(3)** In vehicles.

**g.** Paragraph **A.3. Covered Causes of Loss** does not apply.

**h.** Paragraph **A.6. Coverage Extensions** does not apply.

**i.** Paragraph **G. Optional Coverages** does not apply.

**34. Theft Damage to Building**

**a.** When a Limit of insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage caused by or resulting by "theft" or attempted "theft" to a building you occupy, including personal property that is used to maintain or service the building.

**b.** We will not pay for loss or damage caused by or resulting from fire or explosion under this Additional Coverage.

**c.** This Additional Coverage applies only to premises where you are a tenant and are responsible in the lease for physical loss or physical damage to the building you lease, rent, or occupy.

**35. Valuation Changes**

The following are added to the Property Loss Conditions Paragraph **E.5.d.**:

**a. Commodity Stock**

We will determine the value of merchandise and raw materials that are bought and sold at an established market exchange. We will determine the value at:

**(1)** The posted market price as of the time and place of loss;

**(2)** Less discounts and expenses you otherwise would have had.

**b. Finished Stock**

We will determine the value of goods that you have manufactured at the selling price less discounts and expenses you otherwise would have had.

**c. Mercantile Stock - Sold**

We will determine the value of goods you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**36. Water Back-Up and Sump Overflow**

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 52 of 137

The following Additional Coverage is added:

**a.** We will pay for direct physical loss of or damage to Covered Property resulting from:

**(1)** Water or waterborne material which backs up through or overflows or is otherwise discharged from a sewer or drain; or

**(2)** Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment, even if the overflow or discharge results from mechanical breakdown of a sump pump or its related equipment.

This coverage is included within the Covered Property Limits of Insurance.

**b.** With respect to this Additional Coverage, the Water Exclusion Paragraph **B.2.g.** is replaced by the following exclusion:

**Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow; or

**(3)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(4)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)** or **(3)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(4)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(4)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**B.** The following Limitations and Exclusions are added to Section I – Property:

**Limitations and Exclusions**

The following Limitations and Exclusions are in addition to those found in the Businessowners Coverage Form at the described premises shown in the Declarations.

**1. Property of Others**

We will not pay for loss or damage to the following Property Of Others:

**a.** Property insured, which has been in your custody for a period in excess of six (6) months, except as may be otherwise specifically provided; and

**b.** Autos, which means, land motor vehicles, licensed and designed for travel on public roads but does not include mobile equipment.

**2. Limits of Insurance**

It is agreed and understood that if an Additional Coverage does not specifically show a limit per Location, Building, or Premises then it is on a per Location basis.

**3. Deductible**

Unless indicated otherwise in this endorsement, the deductible indicated on the policy declaration would apply.

**4. Additional Conditions**

The following conditions apply in addition to the Additional Conditions in the Businessowners Coverage Form.

**a. Conflict of Provisions**

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 53 of 137

Includes Copyrighted Material of the Insurance Services Office, Inc.
Used with permission

When not in conflict with the provisions of this endorsement, all of the conditions of the policy to which this endorsement is attached shall apply.

**b. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**c. Valuation**

Where not otherwise indicated, we shall not pay beyond the actual cash value of the property at the time of loss or damage occurs. The loss or damage shall be ascertained or estimated according to such actual cash value and shall in no event exceed what it would cost to repair or replace with the same material or like kind and quality.

**II. FOR THE PURPOSES OF THE COVERAGE PROVIDED BY THIS ENDORSEMENT, SECTION II – LIABILITY IS AMENDED AS FOLLOWS:**

**A.** The following is added to Paragraph **A. Coverages:**

**1. Bail Bonds**

The following Additional Coverage is added:

The most we will pay for the cost of bail bonds is increased to $2,500 under Paragraph **A.1.f.(1)(b)**

**2. Damage To Premises Rented To You**

The following Additional Coverage is added:

The Damage To Premises Rented To You Limit on the declarations is replaced by the greater of:

**a.** $300,000; or

**b.** The amount shown in the DECLARATIONS for Damage To Premises Rented To You Limit.

**3. Damage to Property in Your Possession**

The following Additional Coverage is added:

**a.** We will pay up to $50,000 as a Limit of Insurance to cover "Property Damage" for personal property in the care, custody or control of the insured. The most we will pay under this coverage is $50,000 regardless of the number of:

**(1)** Insureds

**(2)** Claims made; or

**(3)** Persons or organizations making claims

Coverage ceases when the coverage limit has been exhausted or at policy expiration whichever comes first.

**b.** As respects the coverage provided by this Additional Coverage, Paragraph **B.1.k.(4)** is deleted.

**4. Electronic Data Liability**

The following Additional Coverage is added:

**a.** We will pay up to $15,000 as a Limit of Insurance to cover "property damage" because of all loss of "electronic data" arising out of any one "occurrence".

This Limit of Insurance is in addition to any other Limit of Insurance that may be provided by this policy for this coverage.

**b. Exclusions**

Exclusion **1.q.** is replaced by the following:

**q. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

**c. Definitions**

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 54 of 137

**(1)** For this Additional Coverage, Paragraph **F.17.** Liability And Medical Expenses Definitions is replaced by the following:

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

    **c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

**(2)** For this Additional Coverage, the following definition is added to Paragraph **F. Liability And Medical Expenses Definitions:**

"Electronic Data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment. Electronic data is not tangible property.

**5. Expenses Incurred By The Insured**

The following Additional Coverage is added:

The most we will pay for all reasonable expenses incurred by the insured at our request is increased to $300 a day under Paragraph **A.1.f.(1)(d).**

**6. Incidental Medical Malpractice**

The following Additional Coverage is added:

**(1)** "Bodily injury" arising out of the rendering of or failure to render professional health care services as a physician, dentist, nurse, emergency medical technician or paramedic shall be deemed to be caused by an " occurrence", but only if:

    **(a)** The physician, dentist, nurse, emergency medical technician or paramedic is employed by you to provide such services; and

    **(b)** You are not engaged in the business or occupation of providing such services.

**(2)** For the purpose of determining the limits of insurance for incidental medical malpractice, any act or omission together with all related acts or omissions in the furnishing of these services to any one person will be considered one "occurrence".

**7. Mental Anguish**

Paragraph **F.3.** of the **Liability and Medical Expenses Definitions** is replaced with the following:

**3.** "Bodily Injury" means bodily injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death resulting from "bodily injury", sickness or disease.

**8. Per Location Aggregate**

The following is added to Paragraph **D.4. Liability and Medical Expenses Limit of Insurance:**

The aggregate limit for all "bodily injury" and "property damage" other than "bodily injury" or "property damage" included in the "products-completed operations hazard" applies separately to each of your "locations".

For the purpose of this provision only, "Locations" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 55 of 137

Includes Copyrighted Material of the Insurance Services Office, Inc.
Used with permission      26-0115 05 11

**9. Personal and Advertising Injury Assumed In A Contract or Agreement**

Paragraph **B.1.p.(4)**. of the Personal and Advertising Injury Exclusion is deleted.

**10. Product Recall Expense**

The following Additional Coverage is added:

**a.** We will pay up to $50,000 as a Limit of Insurance to cover "product recall expenses" arising out of a single "covered recall" event.

However, we will not pay more than $50,000 in any one occurrence for all "covered recall" events in an annual policy year.

A Limit of Insurance of $2,000 in any one occurrence applies to advertising expenses used to regain customers.

**b. Exclusions**

Paragraph **B.1.o.** Recall Of Products, Work Or Impaired Property Exclusion is replaced by the following:

**o. Recall Of Products, Work Or Impaired Property**

**(1)** Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(a)** "Your product";

**(b)** "Your work"; or

**(c)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it, but this exclusion does not apply to "product recall expenses" that you incur for the "covered recall" of "your product".

**(2)** This insurance does not apply to "product recall expense" arising out of or resulting from:

**(a)** Any product withdrawal initiated due to:

**(i)** The failure of "your products" to accomplish their intended purpose, including any breach of warranty of fitness, whether written or implied. This exclusion does not apply if such failure has caused or is reasonably expected to cause "bodily injury" or physical damage to tangible property.

**(ii)** Copyright, patent, trade secret or trademark infringements;

**(iii)** Transformation of a chemical nature, deterioration or decomposition of "your product", except if it is caused by:

**I.** An error in manufacturing, design, processing or transportation of "your product"; or

**II.** "Product tampering"

**(iv)** Expiration of the designated shelf life of "your product".

**(b)** A "product withdrawal", initiated because of a "defect" in "your product" known to exist by the named insured or the named insured's "executive officers", prior to the inception date of this Coverage Form or prior to the time "your product" leaves your control or possession.

**(c)** Recall of any specific products for which "bodily injury" or "property damage" is excluded under **SECTION II –LIABILITY** by endorsement.

**(d)** Recall of "your products" which have been banned from the market by an authorized government entity prior to the policy period.

**(e)** The defense of a claim or "suit" against you for "product withdrawal expenses".

**c. Definitions**

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 56 of 137

**(1)** "Covered recall" means:

    **(a)** A product recall made necessary because you determine that the product recall is necessary; or

    **(b)** An authorized government entity has ordered you to conduct a product recall.

**(2)** "Product recall expense" means necessary and reasonable expenses incurred by "you" for:

    **(a)** Costs of notification of a "covered recall";

    **(b)** Costs of stationery, envelopes, production of announcements and postage or facsimiles;

    **(c)** Costs of overtime paid to you regular non-salaried employees and costs incurred by your employees, including costs of transportation and accommodations;

    **(d)** Costs of computer time;

    **(e)** Costs of hiring independent contractors and other temporary employees;

    **(f)** Costs of transportation, shipping or packaging for the return of "your products" affected by a recall;

    **(g)** Costs of warehouse or storage space; or

    **(h)** Costs of proper disposal of "your products", or products that contain "your products", that can not be reused, not exceeding your purchase price of your cost to produce the products;

**B.** The following is added to **Section II – Liability**, Paragraph **C. Who Is An Insured:**

**1. Newly Acquired Or Formed Organization**

The following is added to Paragraph **C. Who Is An Insured** in **Section II – Liability**:

Any organization you newly acquire or form, other than a partnership, joint venture, or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Paragraph **A.1. Business Liability** does not apply to:

    **(1)** "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **(2)** "Personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations.

**2. Additional Insureds When Required By Written Contract, Written Agreement Or Permit**

The person(s) or organization(s) identified in Paragraphs **a.** through **l.** below are additional insureds when you have agreed, in a written contract, written agreement or because of a permit issued by a state or political subdivision, that such person or organization be added as an additional insured on your policy, provided the injury or damage occurs subsequent to the execution of the contract or agreement, or the issuance of the permit.

A person or organization is an additional insured under this provision only for that period of time required by the contract, agreement or permit.

However, no such person or organization is an additional insured under this provision if such person or organization is included as an additional insured by an endorsement issued by us and made a part of this policy.

**a. Additional Insured - Architects, Engineers Or Surveyors**

    **(1)** WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any architect, engineer, or surveyor, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 57 of 137

Includes Copyrighted Material of the Insurance Services Office, Inc.
Used with permission      26-0115 05 11

injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

    **(a)** In connection with your premises; or

    **(b)** In the performance of your ongoing operations performed by you or on your behalf.

**(2)** With respect to the insurance afforded to these additional insureds, the following additional exclusion applies:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:

    **(a)** The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, designs or drawings and specifications; or

    **(b)** Supervisory, inspection, architectural or engineering activities.

**b. Additional Insured - Controlling Interest**

WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any person(s) or organization(s), but only with respect to their liability arising out of:

**(1)** Their financial control of you; or

**(2)** Premises they own, maintain or control while you lease or occupy these premises.

This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**c. Additional Insured - Co-Owner Of Insured Premises**

WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any person(s) or organization(s), but only with respect to their liability as co-owner of the premises shown in the Declarations.

**d. Additional Insured - Designated Person Or Organization**

WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any person(s) or organization(s), but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf in the performance of your ongoing operations or in connection with your premises owned by or rented to you.

**e. Additional Insured - Grantor Of Franchise**

WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any person(s) or organization(s), but only with respect to their liability as grantor of a franchise to you.

**f. Additional Insured - Lessor Of Leased Equipment**

**(1)** WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any person(s) or organization(s) from whom you lease equipment; but only with respect to their liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

**(2)** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after you cease to lease that equipment.

**g. Additional Insured - Managers Or Lessors Of Premises**

**(1)** WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any person(s) or organization(s), but only in respects to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown on the policy declarations.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 58 of 137

    **(2)** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

    This insurance does not apply to:

        **(a)** Any "occurrence" which takes place after you cease to be a tenant in that premises; or

        **(b)** Structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

**h.** **Additional Insured - Owners Or Other Interests From Whom Land Has Been Leased**

    **(1)** WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any person(s) or organization(s) from whom you lease land or premises, but only with respect to liability arising out of the ownership, maintenance or use of that part of the land or premises leased to you.

    **(2)** With respect to the insurance afforded to these additional insureds, this insurance does not apply to:

        **(a)** Any "occurrence" which takes place after you cease to lease that land or be a tenant in that premises; or

        **(b)** Structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

**i.** **Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization**

    **(1)** WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any person(s) or organization(s), but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

        **(a)** In the performance of your ongoing operations for the additional insured(s); or

        **(b)** In connection with "your work" performed for that additional insured and included within the "products- completed operations hazard", but only if this Coverage Part provides coverage for "bodily injury" or "property damage" included within the "products-completed operations hazard".

    **(2)** With respect to the insurance afforded to these additional insureds, this insurance does not apply to "bodily injury", "property damage" or "personal an advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

        **(a)** The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, designs or drawings and specifications; or

        **(b)** Supervisory, inspection, architectural or engineering activities.

**j.** **Additional Insured - Permits Issued By State Or Political Subdivisions**

    **(1)** WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any state or political subdivision, but only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

    **(2)** This insurance does not apply to:

        **(a)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the state or municipality; or

        **(b)** "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**k.** **Additional Insured - Vendors**

    **(1)** WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any person(s) or organization(s) (referred to

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 59 of 137

     Includes Copyrighted Material of the Insurance Services Office, Inc. Used with permission      26-0115 05 11

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 60 of 137

below as vendor), but only with respects to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business.

**(2)** The insurance afforded to the vendor is subject to the following additional exclusions:

This insurance does not apply to:

**(a)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

**(b)** Any express warranty unauthorized by you;

**(c)** Any physical or chemical change in the product made intentionally by the vendor;

**(d)** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(e)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normal) undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

**(f)** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

**(g)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

**(h)** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

    **(i)** The exceptions contained in above Paragraphs **(d)** or **(f)**; or

    **(ii)** Such inspections, adjustments tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

**(3)** This insurance does not apply to any insured person or organization from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**I.  Additional Insured - Any Other Party**

**(1)** WHO IS AN INSURED under Paragraph **C. Who Is An Insured** in **Section II – Liability** is amended to include as an additional insured any other person or organization who is not an insured under Paragraphs **a.** through **k.** above, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**(a)** In the performance of your ongoing operations;

**(b)** In connection with your premises owned by or rented to you; or

**(c)** In connection with "your work" and included within the "products- completed operations hazard", but only if

    **(i)** The written contract or written agreement requires you to provide such coverage to such additional insured; and

    **(ii)** This Coverage Part provides coverage for "bodily injury" or "property damage" included within the "products- completed operations hazard".

**(2)** With respect to the insurance afforded to these additional insureds, this insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

       **(a)** The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, designs or drawings and specifications; or

       **(b)** Supervisory, inspection, architectural or engineering activities.

**C.** The following is added to **Section II – Liability**, Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

**How Limits Apply To Additional Insureds**

The most we will pay on behalf of a person or organization who is an additional insured under this policy is the lesser of:

**a.** The limits of insurance specified in a written contract, written agreement or permit issued by a state or political subdivision; or

**b.** The Limits of Insurance shown in the Declarations.

Such amount shall be a part of and not in addition to the Limits of Insurance shown in the Declarations and described in this Section.

**III.** **FOR THE PURPOSES OF THE COVERAGE PROVIDED BY THIS ENDORSEMENT, SECTION III – COMMON POLICY CONDITIONS IS AMENDED AS FOLLOWS:**

**Transfer of Rights of Recovery Against Others To Us**

Paragraph **K.2**. **Transfer Of Rights Of Recovery Against Others To Us** in **Section III – Common Policy Conditions** is deleted and replaced by the following:

**2.** If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

However, if the insured has waived those rights to recover through a written contract or if "your work" was commenced under a letter of intent or work order, subject to a subsequent reduction to writing with customers whose customary contracts require a waiver, we waive any rights of recover we may have under this policy.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 61 of 137

    Includes Copyrighted Material of the Insurance Services Office, Inc.    **26-0115 05 11**
Used with permission

Policy Number: KBP1016399 04

**BUSINESSOWNERS**
**BP 00 03 01 06**

# BUSINESSOWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

In Section II – Liability, the word "insured" means any person or organization qualifying as such under Paragraph C. Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph H. Property Definitions in Section I – Property and Paragraph F. Liability And Medical Expenses Definitions in Section II – Liability.

## SECTION I – PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

   Covered Property includes Buildings as described under Paragraph a. below, Business Personal Property as described under Paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph 2. Property Not Covered.

   a. Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

      (1) Completed additions;

      (2) Fixtures, including outdoor fixtures;

      (3) Permanently installed:

         (a) Machinery; and

         (b) Equipment;

      (4) Your personal property in apartments, rooms or common areas furnished by you as landlord;

      (5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

      (6) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the buildings or structures;

         (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

   b. Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

      (1) Property you own that is used in your business;

      (2) Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph E.5.d.(3)(b);

      (3) Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

         (a) Made a part of the building or structure you occupy but do not own; and

         (b) You acquired or made at your expense but cannot legally remove;

      (4) Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph 1.b.(2); and

      (5) Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

2. **Property Not Covered**

   Covered Property does not include:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 62 of 137

**BP 00 03 01 06**        © ISO Properties, Inc., 2004        Page 1 of 46    ☐

a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

b. "Money" or "securities" except as provided in the:

  (1) Money and Securities Optional Coverage; or

  (2) Employee Dishonesty Optional Coverage;

c. Contraband, or property in the course of illegal transportation or trade;

d. Land (including land on which the property is located), water, growing crops or lawns;

e. Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

  (1) Outdoor Property Coverage Extension; or

  (2) Outdoor Signs Optional Coverage;

f. Watercraft (including motors, equipment and accessories) while afloat;

g. Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

h. "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

i. "Electronic Data", except as provided under Additional Coverages – Electronic Data. This Paragraph i. does not apply to your "stock" of prepackaged software.

### 3. Covered Causes Of Loss

Risks of direct physical loss unless the loss is:

a. Excluded in Paragraph B. Exclusions in Section I; or

b. Limited in Paragraph 4. Limitations in Section I.

### 4. Limitations

a. We will not pay for loss of or damage to:

(1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

(2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

(3) Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

(4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

(5) The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

  (a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

  (b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

b. We will not pay for loss of or damage to fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

(1) Glass that is part of the exterior or interior of a building or structure;

(2) Containers of property held for sale; or

(3) Photographic or scientific instrument lenses.

c. For loss or damage by theft, the following types of property are covered only up to the limits shown:

(1) $2,500 for furs, fur garments and garments trimmed with fur.

© ISO Properties, Inc., 2004 BP 00 03 01 06

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 64 of 137

    (2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

    (3) $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

  **a. Debris Removal**

    (1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

    (2) Debris Removal does not apply to costs to:

      (a) Extract "pollutants" from land or water; or

      (b) Remove, restore or replace polluted land or water.

    (3) Subject to the exceptions in Paragraph (4), the following provisions apply:

      (a) The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

      (b) Subject to Paragraph (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

    (4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

      (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

      (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

    (5) **Examples**

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| | ($10,000 is 20% of $50,000) |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 − $500) |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
|     Basic Amount | $ 10,500 |
|     Additional Amount | $ 10,000 |

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 65 of 137

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500). The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500, unless a different limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

**(1)** With respect to buildings:

**(a)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

**(b)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

**(c)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building; and

**(d)** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(2)** We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if the collapse is caused by one or more of the following:

**(a)** The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;

**(b)** Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(c)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(d)** Weight of people or personal property;

**(e)** Weight of rain that collects on a roof; or

**(f)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs in the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs **(a)** through **(e)**, we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.

© ISO Properties, Inc., 2004

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 66 of 137

The criteria set forth in Paragraphs **(1)(a)** through **(1)(d)** do not limit the coverage otherwise provided under this Additional Coverage for the causes of loss listed in Paragraphs **(2)(a)**, **(2)(d)** and **(2)(e)**.

**(3)** With respect to the following property:

  **(a)** Awnings;

  **(b)** Gutters and downspouts;

  **(c)** Yard fixtures;

  **(d)** Outdoor swimming pools;

  **(e)** Piers, wharves and docks;

  **(f)** Beach or diving platforms or appurtenances;

  **(g)** Retaining walls; and

  **(h)** Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in Paragraphs **(2)(b)** through **(2)(f)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is Covered Property under this policy.

**(4)** If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

  **(a)** The collapse was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(f)** of this Additional Coverage;

  **(b)** The personal property which collapses is inside a building; and

  **(c)** The property which collapses is not of a kind listed in Paragraph **(3)** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(4)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(5)** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this policy.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

  **(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

    **(i)** The portion of the building which you rent, lease or occupy; and

    **(ii)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 67 of 137

**(b)** We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

**(c)** Business Income means the:

  **(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

  **(ii)** Continuing normal operating expenses incurred, including payroll.

**(d)** Ordinary payroll expenses:

  **(i)** Mean payroll expenses for all your employees except:

    **i.** Officers;

    **ii.** Executives;

    **iii.** Department Managers;

    **iv.** Employees under contract; and

    **v.** Additional Exemptions shown in the Declarations as:

      ● Job Classifications; or

      ● Employees.

  **(ii)** Include:

    **i.** Payroll;

    **ii.** Employee benefits, if directly related to payroll;

    **iii.** FICA payments you pay;

    **iv.** Union dues you pay; and

    **v.** Workers' compensation premiums.

**(2) Extended Business Income**

**(a)** If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

  **(i)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

  **(ii)** Ends on the earlier of:

    **i.** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

    **ii.** 30 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

  However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

**(b)** Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** This Additional Coverage is not subject to the Limits of Insurance of Section I – Property.

© ISO Properties, Inc., 2004 □

**g. Extra Expense**

(1) We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(2) Extra Expense means expense incurred:

(a) To avoid or minimize the suspension of business and to continue "operations":

(i) At the described premises; or

(ii) At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

(b) To minimize the suspension of business if you cannot continue "operations".

(c) To:

(i) Repair or replace any property; or

(ii) Research, replace or restore the lost information on damaged "valuable papers and records"

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage f. Business Income.

(3) With respect to the coverage provided in this Additional Coverage, suspension means:

(a) The partial slowdown or complete cessation of your business activities; or

(b) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

(4) We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of Section I – Property.

**h. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**i. Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for necessary Extra Expense will begin immediately after the time of that action and ends:

(1) 3 consecutive weeks after the time of that action; or

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 68 of 137

**(2)** When your Business Income coverage ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of Section I – Property.

**j. Money Orders And "Counterfeit Money"**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

**k. Forgery Or Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit of Insurance is shown in the Declarations.

**l. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs **(3)** through **(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under Section I – Property, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 69 of 137

© ISO Properties, Inc., 2004

(a) We will not pay for the Increased Cost of Construction:

    (i) Until the property is actually repaired or replaced, at the same or another premises; and

    (ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment Property Loss Condition in Section I – Property do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph (6) of this Additional Coverage, is not subject to such limitation.

**m. Business Income From Dependent Properties**

(1) We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss to dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

(2) We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

(a) Source of materials; or

(b) Outlet for your products.

(3) If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

(4) Dependent property means property owned by others whom you depend on to:

(a) Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

(b) Accept your products or services;

(c) Manufacture your products for delivery to your customers under contract for sale; or

(d) Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

(5) The coverage period for Business Income under this Additional Coverage:

(a) Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

(b) Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

(6) The Business Income coverage period, as stated in Paragraph (5), does not include any increased period required due to the enforcement of any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 70 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 71 of 137

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(7)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**n. Glass Expenses**

**(1)** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**(2)** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o. Fire Extinguisher Systems Recharge Expense**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**p. Electronic Data**

**(1)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

**(2)** The Covered Causes of Loss applicable to Business Personal Property include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage – Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

© ISO Properties, Inc., 2004

BP 00 03 01 06   □

**q. Interruption Of Computer Operations**

(1) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

(2) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) Coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" and Collapse.

(b) If the Businessowners Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

(c) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(3) The most we will pay under this Additional Coverage – Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000 unless a higher Limit of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(4) This Additional Coverage – Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (3) above has not been exhausted.

(5) Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs (1) through (4) of this Additional Coverage.

(6) Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs (1) through (4) of this Additional Coverage.

**r. Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria**

(1) The coverage described in Paragraphs r.(2) and r.(6) only applies when the "fungi", wet or dry rot or bacteria are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 72 of 137

(2) We will pay for loss or damage by "fungi", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   (a) Direct physical loss or damage to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;

   (b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot or bacteria; and

   (c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet or dry rot or bacteria are present.

(3) The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet or dry rot or bacteria, we will not pay more than the total of $15,000 even if the "fungi", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

(4) The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 73 of 137

(5) The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

(6) The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

   (a) If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   (b) If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet or dry rot or bacteria, but remediation of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**6. Coverage Extensions**

In addition to the Limits of Insurance of Section I – Property, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, unless a higher Limit of Insurance is shown in the Declarations.

  **a. Newly Acquired Or Constructed Property**

   **(1) Buildings**

    If this policy covers Buildings, you may extend that insurance to apply to:

    (a) Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire;

**(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(c)** Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Property Off Premises**

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $10,000.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, but not more than $500 for any one tree, shrub or plant.

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e. Valuable Papers And Records**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 74 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 75 of 137

(2) This Coverage Extension does not apply to:

   (a) Property held as samples or for delivery after sale; and

   (b) Property in storage away from the premises shown in the Declarations.

(3) The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

(4) Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

(5) Paragraph B. Exclusions in Section I – Property does not apply to this Coverage Extension except for:

   (a) Paragraph B.1.c., Governmental Action;

   (b) Paragraph B.1.d., Nuclear Hazard;

   (c) Paragraph B.1.f., War And Military Action;

   (d) Paragraph B.2.f., Dishonesty;

   (e) Paragraph B.2.g., False Pretense;

   (f) Paragraph B.2.m.(2), Errors Or Omissions; and

   (g) Paragraph B.3.

**f. Accounts Receivable**

(1) You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

   (a) All amounts due from your customers that you are unable to collect;

   (b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   (c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

   (d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

(2) The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

(3) Paragraph B. Exclusions in Section I – Property does not apply to this Coverage Extension except for:

   (a) Paragraph B.1.c., Governmental Action;

   (b) Paragraph B.1.d., Nuclear Hazard;

   (c) Paragraph B.1.f., War And Military Action;

   (d) Paragraph B.2.f., Dishonesty;

   (e) Paragraph B.2.g., False Pretense;

   (f) Paragraph B.3.; and

   (g) Paragraph B.5., Accounts Receivable Exclusion.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

  **a. Ordinance Or Law**

   (1) The enforcement of any ordinance or law:

    (a) Regulating the construction, use or repair of any property; or

    (b) Requiring the tearing down of any property, including the cost of removing its debris.

   (2) This exclusion, Ordinance Or Law, applies whether the loss results from:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 76 of 137

(a) An ordinance or law that is enforced even if the property has not been damaged; or

(b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

(1) Earthquake, including any earth sinking, rising or shifting related to such event;

(2) Landslide, including any earth sinking, rising or shifting related to such event;

(3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust or particulate matter; or

(c) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Power Failure**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 77 of 137

   (a) Foundations, walls, floors or paved surfaces;

   (b) Basements, whether paved or not; or

   (c) Doors, windows or other openings.

But if Water, as described in Paragraphs (1) through (4), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Certain Computer-Related Losses**

(1) The failure, malfunction or inadequacy of:

   (a) Any of the following, whether belonging to any insured or to others:

     (i) "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

     (ii) "Computer" application software or other "electronic media and records" as may be described elsewhere in this policy;

     (iii) "Computer" operating systems and related software;

     (iv) "Computer" networks;

     (v) Microprocessors ("computer" chips) not part of any "computer" system; or

     (vi) Any other computerized or electronic equipment or components; or

   (b) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph (a) above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

(2) Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph (1) above.

However, if excluded loss or damage, as described in Paragraph (1) above results in a "specified cause of loss" under Section I – Property, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph (1)(a) or (1)(b) to correct any deficiencies or change any features.

**i. "Fungi", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria.

But if "fungi", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1) When "fungi", wet or dry rot or bacteria result from fire or lightning; or

(2) To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria (contained in the Limited Fungi or Bacteria Coverage) if any, with respect to loss or damage by a cause of loss other than fire or lightning.

2. We will not pay for loss or damage caused by or resulting from any of the following:

**a. Electrical Apparatus**

Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical current if such loss or damage is caused by or results from:

(1) An occurrence that took place within 100 feet of the described premises; or

(2) Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**b. Consequential Losses**

Delay, loss of use or loss of market.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 78 of 137

**c. Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e. Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f. Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

Collapse, except as provided in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

**(7)** The following causes of loss to personal property:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 79 of 137

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for under the Additional Coverages of Section I – Property.

However, we will pay for direct loss or damage caused by lightning.

**p. Continuous or Repeated Seepage Or Leakage Of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Business Income And Extra Expense Exclusions**

**a.** We will not pay for:

**(1)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**(2)** Any other consequential loss.

**b.** With respect to this exclusion, suspension means:

**(1)** The partial slowdown or complete cessation of your business activities; and

**(2)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

© ISO Properties, Inc., 2004 BP 00 03 01 06 ☐

**5. Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

a. Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

b. Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

c. Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**C. Limits Of Insurance**

1. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance of Section I – Property shown in the Declarations.

2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

3. The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance of Section I – Property.

4. **Building Limit – Automatic Increase**

a. The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example:**

If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 ÷ 365 = $3,200.

**5. Business Personal Property Limit – Seasonal Increase**

a. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of Section I – Property.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage for Glass and under all of the following Optional Coverages in any one occurrence is the Optional Coverage/Glass Deductible shown in the Declarations:

a. Money and Securities;

b. Employee Dishonesty; and

c. Outdoor Signs.

But this Optional Coverage/Glass Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

a. Fire Department Service Charge;

b. Business Income;

c. Extra Expense;

d. Civil Authority; and

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 80 of 137

e. Fire Extinguisher Systems Recharge Expense.

**E. Property Loss Conditions**

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of Section I – Property. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

(9) Resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**5. Loss Payment**

In the event of loss or damage covered by this policy:

a. At our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph d.(1)(e) below.

b. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

c. We will not pay you more than your financial interest in the Covered Property.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 81 of 137

© ISO Properties, Inc., 2004

BP 00 03 01 06

**d.** Except as provided in Paragraphs **(2)** through **(7)** below, we will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under Section I – Property that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**i.** Of comparable material and quality; and

**ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the "Actual Cash Value – Buildings" option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or second-hand merchandise held in storage or for sale;

**(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 82 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 83 of 137

(c) Household contents, except personal property in apartments or rooms furnished by you as landlord;

(d) Manuscripts; and

(e) Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(ii) Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing if others pay for repairs or replacement.

**(6)** Applicable only to the Optional Coverages:

(a) "Money" at its face value; and

(b) "Securities" at their value at the close of business on the day the loss is discovered.

**(7)** Applicable only to Accounts Receivable:

(a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

(i) We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

(ii) We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

(b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(i) The amount of the accounts for which there is no loss or damage;

(ii) The amount of the accounts that you are able to re-establish or collect;

(iii) An amount to allow for probable bad debts that you are normally unable to collect; and

(iv) All unearned interest and service charges.

e. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of Section I – Property.

**7. Resumption Of Operations**

We will reduce the amount of your:

© ISO Properties, Inc., 2004

a. Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

b. Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**8. Vacancy**

   **a. Description Of Terms**

     **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

       **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

       **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

         **(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

         **(ii)** Used by the building owner to conduct customary operations.

     **(2)** Buildings under construction or renovation are not considered vacant.

   **b. Vacancy Provisions**

     If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

     **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

       **(a)** Vandalism;

       **(b)** Sprinkler leakage, unless you have protected the system against freezing;

       **(c)** Building glass breakage;

       **(d)** Water damage;

       **(e)** Theft; or

       **(f)** Attempted theft.

     **(2)** With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**F. Property General Conditions**

   **1. Control Of Property**

     Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

     The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

   **2. Mortgageholders**

     **a.** The term "mortgageholder" includes trustee.

     **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

     **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

     **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

       **(1)** Pays any premium due under this policy at our request if you have failed to do so;

       **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

       **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

     All of the terms of this policy will then apply directly to the mortgageholder.

     **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

       **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

       **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 84 of 137

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under Section I – Property:

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

**1. Outdoor Signs**

a. We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

b. Paragraph **A.3.**, Covered Causes Of Loss, and Paragraph **B.**, Exclusions in Section I – Property, do not apply to this Optional Coverage, except for:

(1) Paragraph **B.1.c.**, Governmental Action;

(2) Paragraph **B.1.d.**, Nuclear Hazard; and

(3) Paragraph **B.1.f.**, War And Military Action.

c. We will not pay for loss or damage caused by or resulting from:

(1) Wear and tear;

(2) Hidden or latent defect;

(3) Rust;

(4) Corrosion; or

(5) Mechanical breakdown.

d. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

e. The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Money And Securities**

a. We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit directly between any of these places, resulting directly from:

(1) Theft, meaning any act of stealing;

(2) Disappearance; or

(3) Destruction.

b. In addition to the Limitations and Exclusions applicable to Section I – Property, we will not pay for loss:

(1) Resulting from accounting or arithmetical errors or omissions;

(2) Due to the giving or surrendering of property in any exchange or purchase; or

(3) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

c. The most we will pay for loss in any one occurrence is:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 85 of 137

© ISO Properties, Inc., 2004

BP 00 03 01 06 □

(1) The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

    (a) In or on the described premises; or

    (b) Within a bank or savings institution; and

(2) The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**d.** All loss:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

**e.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**3. Employee Dishonesty**

**a.** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

    (a) Any employee; or

    (b) Any other person or organization.

**b.** We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

(2) Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

    (a) Whether acting alone or in collusion with other persons; or

    (b) While performing services for you or otherwise.

(3) The only proof of which as to its existence or amount is:

    (a) An inventory computation; or

    (b) A profit and loss computation.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

(1) Caused by one or more persons; or

(2) Involving a single act or series of acts;

is considered one occurrence.

**e.** If any loss is covered:

(1) Partly by this insurance; and

(2) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

(1) You; or

(2) Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

(1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 86 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 87 of 137

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Optional Coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**j.** With respect to the Employee Dishonesty Optional Coverage in Paragraph **G.3.**, employee means:

**(1)** Any natural person:

**(a)** While in your service or for 30 days after termination of service;

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent employee as defined in Paragraph **(1)** above, who is on leave; or

**(b)** To meet seasonal or short-term work load conditions;

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

**(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

**4. Mechanical Breakdown**

**a.** We will pay for direct damage to Covered Property caused by an Accident to an Object. The Object must be:

**(1)** Owned by you or in your care, custody or control; and

**(2)** At the described premises.

**b.** Accident means a sudden and accidental breakdown of the Object or a part of the Object. At the time the breakdown occurs, it must manifest itself by physical damage to the Object that necessitates repair or replacement.

**c.** None of the following is an Accident:

**(1)** Depletion, deterioration, corrosion or erosion;

**(2)** Wear and tear;

**(3)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(4)** Breakdown of any vacuum tube, gas tube or brush;

**(5)** Breakdown of any "computer", including "computer(s)" used to operate production type machinery or equipment;

**(6)** Breakdown of any structure or foundation supporting the Object or any of its parts;

**(7)** The functioning of any safety or protective device; or

**(8)** The explosion of gases or fuel within the furnace of any Object or within the flues or passages through which the gases of combustion pass.

**d.** Object means any of the following equipment:

**(1)** Boiler and Pressure Vessels:

**(a)** Steam heating boilers and condensate return tanks used with them;

**(b)** Hot water heating boilers and expansion tanks used with them;

**(c)** Hot water supply boilers;

**(d)** Other fired or unfired vessels used for maintenance or service of the described premises but not used for processing or manufacturing;

**(e)** Steam boiler piping, valves, fittings, traps and separators, but only if they:

**(i)** Are on your premises or between parts of your premises;

**(ii)** Contain steam or condensate of steam; and

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 88 of 137

(iii) Are not part of any other vessel or apparatus;

(f) Feed water piping between any steam boiler and a feed pump or injector.

(2) Air Conditioning Units – Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

(a) Inductors, convectors and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

(b) Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

(c) Vessels heated directly or indirectly that:

(i) Form part of an absorption type system; and

(ii) Function as a generator, regenerator or concentrator;

(d) Compressors, pumps, fans and blowers used solely with the system together with their driving electric motors; and

(e) Control equipment used solely with the system.

e. Object does not mean:

(1) As Boiler and Pressure Vessels:

(a) Equipment that is not under internal vacuum or internal pressure other than weight of contents;

(b) Boiler settings;

(c) Insulating or refractory material; or

(d) Electrical, reciprocating or rotating apparatus within or forming a part of the boiler or vessel.

(2) As Air Conditioning Units, any:

(a) Vessel, cooling tower, reservoir or other source of cooling water for a condenser or compressor, or any water piping leading to or from that source; or

(b) Wiring or piping leading to or from the unit.

f. We will not pay for an Accident to any Object while being tested.

g. Suspension

Whenever an Object is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that Object. This can be done by delivering or mailing a written notice of suspension to:

(1) Your last known address; or

(2) The address where the Object is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

H. Property Definitions

1. "Computer" means:

a. Programmable electronic equipment that is used to store, retrieve and process data; and

b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production type machinery or equipment.

2. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

3. "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

4. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

5. "Manager" means a person serving in a directorial capacity for a limited liability company.

6. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 89 of 137

7. "Money" means:

   a. Currency, coins and bank notes in current use and having a face value; and

   b. Travelers checks, register checks and money orders held for sale to the public.

8. "Operations" means your business activities occurring at the described premises.

9. "Period of restoration":

   a. Means the period of time that:

      (1) Begins:

         (a) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

         (b) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

         caused by or resulting from any Covered Cause of Loss at the described premises; and

      (2) Ends on the earlier of:

         (a) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

         (b) The date when business is resumed at a new permanent location.

   b. Does not include any increased period required due to the enforcement of any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

10. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

11. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

   but does not include "money".

12. "Specified causes of loss" means the following:

   Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into man-made underground cavities.

   b. Falling objects does not include loss of or damage to:

      (1) Personal property in the open; or

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

13. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

14. "Valuable papers and records" means inscribed, printed or written:

   a. Documents;

   b. Manuscripts; and

   c. Records;

   including abstracts, books, deeds, drawings, films, maps or mortgages.

   But "valuable papers and records" does not mean "money" or "securities".

© ISO Properties, Inc., 2004  BP 00 03 01 06

## SECTION II – LIABILITY

### A. Coverages

**1. Business Liability**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury", to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Paragraph **D.** – Liability And Medical Expenses Limits Of Insurance in Section **II** – Liability; and

(2) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension – Supplementary Payments.

b. This insurance applies:

(1) To "bodily injury" and "property damage" only if:

(a) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(b) The "bodily injury" or "property damage" occurs during the policy period; and

(c) Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

(2) To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f. Coverage Extension – Supplementary Payments**

(1) We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 90 of 137

**(a)** All expenses we incur.

**(b)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(c)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(e)** All costs taxed against the insured in the "suit".

**(f)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(g)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the limit of liability.

**(2)** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**(a)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**(b)** This insurance applies to such liability assumed by the insured;

**(c)** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**(d)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**(e)** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**(f)** The indemnitee:

**(i)** Agrees in writing to:

  **i.** Cooperate with us in the investigation, settlement or defense of the "suit";

  **ii.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

  **iii.** Notify any other insurer whose coverage is available to the indemnitee; and

  **iv.** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(ii)** Provides us with written authorization to:

  **i.** Obtain records and other information related to the "suit"; and

  **ii.** Conduct and control the defense of the indemnitee in such "suit".

**(3)** So long as the conditions in Paragraph **(2)** are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph B.1.b.(2) Exclusions in Section II – Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 91 of 137

© ISO Properties, Inc., 2004 BP 00 03 01 06

(a) We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

(b) The conditions set forth above, or the terms of the agreement described in Paragraph (2)(f) above are no longer met.

**2. Medical Expenses**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of Section II – Liability. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**B. Exclusions**

**1. Applicable To Business Liability Coverage**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-001594
PAGE 92 of 137

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

    **(a)** Employment by the insured; or

    **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

### f. Pollution

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

        **(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

        **(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

        **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

    **(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    **(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

        **(i)** Any insured; or

        **(ii)** Any person or organization for whom you may be legally responsible; or

    **(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

        **(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 93 of 137

     © ISO Properties, Inc., 2004      BP 00 03 01 06 □

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-01594
PAGE 94 of 137

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 51 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

(b) The operation of any of the following machinery or equipment:

(i) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(ii) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

### i. War

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

### j. Professional Services

"Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

(1) Legal, accounting or advertising services;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection or engineering services;

(4) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(5) Any health or therapeutic service treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

(7) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Body piercing services; and

(9) Services in the practice of pharmacy.

### k. Damage To Property

"Property damage" to:

(1) Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Paragraph D. Liability And Medical Expenses Limit Of Insurance in Section II – Liability.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

### l. Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

### m. Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 95 of 137

© ISO Properties, Inc., 2004

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. Personal And Advertising Injury**

"Personal and advertising injury":

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

(5) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

(6) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

(7) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

(8) Committed by an insured whose business is:

(a) Advertising, broadcasting, publishing or telecasting;

(b) Designing or determining content of web-sites for others; or

(c) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under Paragraph **F. Liability And Medical Expenses Definitions.**

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

(9) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

(10) With respect to any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-01594
PAGE 96 of 137

Law Office of Terrence Buehler
20 North Clark St.
Suite 800
Chicago, IL 60602



CERTIFIED MAIL

7012 1010 0003 7115 3211

AmTrust Insurance Company of Kansas, I
c/o Corporation Service Company
2900 SW Wanamaker Dr.
Suite 204
Topeka, KS 66614

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 137 of 137

This page intentionally left blank

**POLICY NUMBER:** KBP1016399 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ASBESTOS

The Exclusion Section of each Coverage provided under this policy is amended to add the following:

**Asbestos**

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 136 of 137

A.  This insurance does not apply to any loss of, "bodily injury," "property damage," or "personal and advertising injury"" arising out of the actual, alleged or suspected:

    1.  Ingestion, inhalation, absorption, presence or exposure or threat of exposure to asbestos in any form, or goods, products containing any form of asbestos;

    2.  Use of any form of asbestos in constructing or manufacturing any good, product or structure;

    3.  Removal of any form of asbestos from any good, product or structure; or

    4.  The manufacture, intellectual development, sale, transportation, storage, or disposal of asbestos or goods or products containing any form of asbestos.

B.  We will not pay:

    1.  Loss, cost or expense, including but not limited to defense costs, claim expenses, bonds or fees arising out of any request, demand, or order that any insured or others identify, abate, test for, sample, monitor, clean up, remove, cover, contain, treat, detoxify, decontaminate, neutralize, or mitigate; or in any way respond to or assess the effects of asbestos; or repair, replace or improve any property as a result of such effects; or

    2.  Loss, cost or expense arising out of any claim or "suit" by or on behalf of a government authority for damages because of identification of, abatement of, testing for, sampling, monitoring, cleaning up, removing, covering, containing, treating, detoxifying, decontaminating, neutralizing, or mitigating; or in any way responding to or assessing the effects of asbestos; or repairing, replacing or improving any property as a result of such effects.

C.  This exclusion applies whether or not:

    1.  Such loss, cost or expense was caused by the instigation of, or with the direct or indirect involvement of any Named Insured, the Named Insured's employees, Additional Insureds or other persons on the Named Insured's premises or worksite at any time.

    2.  Such loss, cost or expense was caused by or arising out of the failure at any time of any Named Insured, the Named Insured's employees, Additional Insureds, or other persons on any Named Insured's premises or worksite to supervise or keep the premise or worksite in a safe condition.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 135 of 137

This page intentionally left blank

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| Wear And Tear Exclusion | 18 | Workers' Compensation And Similar Laws Exclusion | 32 |
| Weather Conditions Exclusion | 19 | "Your Product" Definition | 44 |
| Who Is An Insured | 38-39 | "Your Work" Definition | 44 |

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 134 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 109 of 109

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| Policy Period, Coverage Territory General Condition | 24-25 | Section II – Liability | 29-44 |
| Pollutant Clean Up And Removal Additional Coverage | 7-8 | Section III – Common Policy Conditions | 44-47 |
| "Pollutants" Definition – Section I – Property | 29 | "Securities" Definition | 29 |
| "Pollutants" Definition – Section II – Liability | 43 | Separation Of Insureds General Condition | 41 |
| Pollution Exclusion – Section I – Property | 18 | Settling, Cracking, Shrinking Or Expansion Exclusion | 18 |
| Pollution Exclusion – Section II – Liability | 32-34 | Smog Exclusion | 18 |
| Power Failure Exclusion | 16 | Smoke, Vapor, Gas Exclusion | 17 |
| Premiums Condition | 46 | "Specified Causes Of Loss" Definition | 29 |
| Premium Audit Condition | 46 | Steam Apparatus Exclusion | 17 |
| Preservation Of Property Additional Coverage | 4 | "Stock" Definition | 29 |
| "Products-Completed Operations Hazard" Definition | 43 | "Suit" Definition | 44 |
| Professional Services Exclusion | 35 | "Temporary Worker" Definition | 44 |
| "Property Damage" Definition | 43-44 | Transfer Of Rights Of Recovery Against Others To Us Condition | 46-47 |
| Property Definitions | 28-29 | Transfer Of Your Rights And Duties Under This Policy Condition | 47 |
| Property General Conditions | 24-25 | Vacancy Property Loss Condition | 23-24 |
| Property Loss Conditions | 20-24 | Valuable Papers And Records Coverage Extension | 14 |
| Property Not Covered | 2 | "Valuable Papers And Records" Definition | 29 |
| Recall Of Products, Work Or Impaired Property Exclusion | 36 | "Volunteer Worker" Definition | 44 |
| Recovered Property Loss Condition | 23 | War And Military Action Exclusion | 16 |
| Resumption Of Operations Property Loss Condition | 23 | War Exclusion | 34 |
| Rust Or Other Corrosion Exclusion | 18 | Water Damage, Other Liquids, Powder Or Molten Material Damage Additional Coverage | 5 |
| Section I – Property | 1-29 | Water Exclusion | 16 |

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| "Leased Worker" Definition | 42 | "Money" Definition | 28 |
| Legal Action Against Us Property Loss Condition – Section I – Property | 21 | Money Orders And "Counterfeit Money" Additional Coverage | 8 |
| Legal Action Against Us General Condition Section II – Liability | 40-41 | Mortgageholders Property General Condition | 24 |
| Liberalization Condition | 46 | Neglect Exclusion | 18 |
| Liability And Medical Expenses Definitions | 41-44 | Negligent Work Exclusion | 19 |
| Liability And Medical Expenses General Conditions | 40-41 | Nesting Or Infestation Exclusion | 18 |
| Liability And Medical Expenses Limits Of Insurance | 39-40 | Newly Acquired Or Constructed Property Coverage Extension | 13 |
| Limitations | 2-3 | No Benefit To Bailee Property General Condition | 24 |
| Limits Of Insurance – Section I – Property | 19-20 | Nuclear Energy Liability Exclusion | 37-38 |
| Limited Coverage For "Fungi", Wet Or Dry Rot Or Bacteria | 12 | Nuclear Hazard Exclusion | 15 |
| Liquor Liability Exclusion | 32 | "Occurrence" Definition | 43 |
| "Loading Or Unloading" Definition | 42 | "Operations" Definition | 28 |
| Loss Payment Property Loss Condition | 21-23 | Optional Coverages | 25-28 |
| "Manager" Definition | 28 | Ordinance Or Law Exclusion | 15 |
| Marring Or Scratching Exclusion | 18 | Other Insurance Condition | 46 |
| Mechanical Breakdown Optional Coverage | 27-28 | Other Types Of Loss Exclusion | 18 |
| Mechanical Breakdown Exclusion | 18 | Outdoor Property Coverage Extension | 13 |
| Medical Expenses Coverage | 31-32 | Outdoor Signs Optional Coverage | 25 |
| Medical Expenses Exclusions | 37 | "Period Of Restoration" Definition | 28-29 |
| "Member" Definition | 28 | "Personal And Advertising Injury" Definition | 43 |
| "Mobile Equipment" Definition | 42-43 | Personal And Advertising Injury Exclusions | 36 |
| Mobile Equipment Exclusion | 34 | Personal Effects Coverage Extension | 14 |
| Money And Securities Optional Coverage | 25 | Personal Property Off Premises Coverage Extension | 13 |

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 3 of 145

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 111 of 145

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| "Coverage Territory" Definition | 41 | Exposed Property Exclusion | 18 |
| Covered Causes Of Loss | 2 | Exclusions – Section I – Property | 15-19 |
| Covered Property | 1 | Exclusions – Section II – Liability | 32-38 |
| Damage To Impaired Property Or Property Not Physically Injured Exclusion | 35 | "Executive Officer" Definition | 41 |
| Damage To Property Exclusion | 35 | Expected Or Intended Injury Exclusion | 32 |
| Damage To Your Product Exclusion | 35 | Extended Business Income Coverage (Business Income Additional Coverage) | 6-7 |
| Damage To Your Work Exclusion | 35 | Extra Expense Additional Coverage | 7 |
| Dampness Or Dryness Of Atmosphere Exclusion | 18 | False Pretense Exclusion | 18 |
| Debris Removal Additional Coverage | 3-4 | Fire Department Service Charge | 4 |
| Deductibles | 20 | Fire Extinguisher Systems Recharge Expense Additional Coverage | 10 |
| Dishonesty Exclusion | 17 | Forgery Or Alteration Additional Coverage | 8 |
| Duties In The Event Of Loss Or Damage Property Loss Condition | 20-21 | Frozen Plumbing Exclusion | 17 |
| Duties In The Event Of Occurrence, Offense, Claim Or Suit General Condition | 40 | "Fungi" Definition | 28 |
| Earth Movement Exclusion | 15 | "Fungi", Wet Or Dry Rot Or Bacteria Exclusion | 17 |
| Electrical Apparatus Exclusion | 17 | Glass Expenses Additional Coverage | 10 |
| Electrical Disturbance Exclusion | 18 | Governmental Action Exclusion | 15 |
| Electronic Data Additional Coverage | 10-11 | "Hostile Fire" Definition | 41 |
| "Electronic Data" Definition | 28 | "Impaired Property" Definition | 41 |
| Electronic Data Exclusion | 36-37 | Increased Cost Of Construction Additional Coverage | 8-9 |
| "Employee" Definition | 41 | Inspections And Surveys Condition | 45 |
| Employee Dishonesty Optional Coverage | 25-27 | Insurance Under Two Or More Coverages Condition | 45 |
| Employers Liability Exclusion | 32 | "Insured Contract" Definition | 41-42 |
| Errors Or Omissions Exclusion | 18 | Installation, Testing, Repair Exclusion | 18 |
| Examination Of Your Books And Records Condition | 45 | Interruption Of Computer Operations Additional Coverage | 11-12 |

# BUSINESSOWNERS COVERAGE FORM INDEX

This index is provided only as a convenience. It should not be assumed to provide a reference to every provision that can affect a question, claim or coverage. To determine the full scope of coverage and pertinent restrictions and exclusions, the policy (including endorsements) must be read in its entirety. The features may also be affected by related provisions not referenced at all in the index, or noted elsewhere in it. For instance, an **Exclusion** feature addresses a specific policy exclusion; but restrictions of coverage and exclusions also appear within the areas where coverage, covered causes of loss, etc., are described.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| Abandonment Property Loss Condition | 20 | Business Personal Property Coverage | 1 |
| Accounts Receivable Coverage Extension | 14-15 | Business Personal Property Limit – Seasonal Increase (Limit Of Insurance) | 20 |
| Accounts Receivable Exclusion | 19 | Cancellation Condition | 44-45 |
| Acts Or Decisions Exclusion | 19 | Certain Computer-Related Losses Exclusion | 16 |
| Additional Coverages | 3-12 | Changes Condition | 45 |
| "Advertisement" Definition | 41 | Changes In Or Extremes Of Temperature Exclusion | 18 |
| Aggregate Limits (Liability And Medical Expenses Limits Of Insurance) | 40 | Civil Authority Additional Coverage | 8 |
| Aircraft, Auto Or Watercraft Exclusion | 34 | Collapse Additional Coverage | 4-5 |
| Appraisal Property Loss Condition | 20 | Collapse Exclusion | 18 |
| "Auto" Definition | 41 | "Computer" Definition | 28 |
| Bankruptcy General Condition | 40 | Concealment, Misrepresentation Or Fraud Condition | 45 |
| "Bodily Injury" Definition | 41 | Consequential Losses Exclusion | 17 |
| Building Coverage | 1 | Continuous Or Repeated Seepage Or Leakage Of Water Exclusion | 18 |
| Building Limit – Automatic Increase (Limits Of Insurance) | 19-20 | Contractual Liability Exclusion | 32 |
| Business Income Additional Coverage | 6-7 | Control Of Property General Condition | 24 |
| Business Income And Extra Expense Exclusions | 19 | "Counterfeit Money" Definition | 28 |
| Business Income From Dependent Properties Additional Coverage | 9-10 | Coverage Extensions – Section I – Property | 13-15 |
| Business Liability Coverage | 29-31 | Coverage Extension – Supplementary Payments (Business Liability Coverage) | 30-31 |

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 129 of 137

This page intentionally left blank

POLICY NUMBER: KBP1016399 04            **BUSINESSOWNERS**
**BP 06 01 01 07**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under **Section I – Property** in all forms and endor sements that comprise this Businessowners Policy, except as provided in Paragraph **C.** This includes but is not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, the exclusion in Paragraph **B.** does not apply to the following:

1. Loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in a s eparate exclusion in this Businessowners Policy; or

2. Coverage otherwise provided under Food Contamination Endorsement **BP 04 31** (if that endorsement is attached to this Businessowners Policy); or

3. Coverage otherwise provided under the Food Contamination Additional Coverage in Restaurants Endorsement **BP 07 78** (if that endorsement is attached to this Businessowners Policy).

**D.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**E.** The following provisions in this Businessowners Policy are hereby amended to remove reference to bacteria:

1. Exclusion of "Fungi", Wet Rot, Dry Rot And Bacteria; and

2. Additional Coverage – Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**F.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Businessowners Policy.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 128 of 130

**BP 06 01 01 07**          © ISO Properties, Inc., 2006          **Page 1 of 1**

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 127 of 137

This page intentionally left blank

POLICY NUMBER: KBP1016399 04

**BUSINESSOWNERS**
BP 05 77 01 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION (LIABILITY)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to **Section II – Liability:**

A. The following exclusion is added to Paragraph **B.1., Exclusions – Applicable To Business Liability Coverage:**

   **t. Fungi Or Bacteria**

     **(1)** "Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

     **(2)** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

     This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

B. The following definition is added to Paragraph **F. Liability And Medical Expenses Definitions:**

   **1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 126 of 137

**2. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.1.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense Additional Coverages.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C.** The following provision is added to the Businessowners Liability Coverage Form **BP 00 06** or **Section II – Liability** of the Businessowners Coverage Form **BP 00 03**:

**1.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**2.** The following definition is added:

For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in any applicable Coverage Form.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 125 of 137

© Insurance Services Office, Inc., 2015

**BP 05 24 01 15**

BUSINESSOWNERS
BP 05 24 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

| |
|---|
| The **Exception Covering Certain Fire Losses** (Paragraph B.2.) applies to property located in the following state(s): |
| Wisconsin |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 124 of 137

**A.** The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

1. The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

**B.** The following provisions are added to Businessowners Standard Property Coverage Form **BP 00 01**, Businessowners Special Property Coverage Form **BP 00 02** or **Section I – Property** of Businessowners Coverage Form **BP 00 03**:

1. The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

## C. Cap On Insurer Participation In Payment Of Terrorism Losses

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 123 of 137

POLICY NUMBER: KBP1016399 04

**BUSINESSOWNERS**
**BP 05 15 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**



| SCHEDULE – PART I | |
|---|---|
| **Terrorism Premium (Certified Acts)** | $ CERTIFIED ACT OF TERRORISM EXCLUSION (Exception covering certain fire losses) |
| **Additional information, if any, concerning the terrorism premium:** Certified Acts of Terrorism is not covered, exception covering certain fire following a Certified Act of Terrorism | |

| SCHEDULE – PART II | | |
|---|---|---|
| **Federal share of terrorism losses** (Refer to Paragraph **B.** in this endorsement.) | 83 | % Year: 20 17__ |
| **Federal share of terrorism losses** (Refer to Paragraph **B.** in this endorsement.) | 82 | % Year: 20 18__ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 122 of 137

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

This page intentionally left blank

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 121 of 137

POLICY NUMBER: KBP1016399 04

**BUSINESSOWNERS**
**BP 05 01 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

  BUSINESSOWNERS COVERAGE FORM

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 120 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 119 of 137

This page intentionally left blank

POLICY NUMBER: KBP1016399 04

**BUSINESSOWNERS**
**BP 04 92 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

Exclusion **B.1.f. Pollution** in **Section II – Liability** is replaced by the following:

This insurance does not apply to:

f. **Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 118 of 137

BP 04 92 07 02                    © ISO Properties, Inc., 2001                    Page 1 of 1    ☐

This page intentionally left blank

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 117 of 137

POLICY NUMBER: KBP1016399 04

**BUSINESSOWNERS**
**BP 04 17 07 02**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B. Exclusions** in **Section II – Liability:**

This insurance does not apply to:

1. "Bodily injury" or "personal and advertising injury" to:

   **a.** A person arising out of any:

      **(1)** Refusal to employ that person;

      **(2)** Termination of that person's employment; or

      **(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   **b.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(1)**, **(2)** or **(3)** above is directed.

2. This exclusion applies:

   **a.** Whether the insured may be liable as an employer or in any other capacity; and

   **b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 116 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 115 of 137

This page intentionally left blank

POLICY NUMBER:KBP1016399 04

**BUSINESSOWNERS**
**BP 04 02 01 06**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| | |
|---|---|
| **A.** | **Designation Of Premises (Part Leased To You):**<br>505 Rosa Road Suite 26 Madison WI 53719 |
| **B.** | **Name Of Person Or Organization (Additional Insured):**<br>WiCell Research Institute C/O Dave Trummer 401 Charmany Drive, Suite 205 Madison, WI 53719 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 114 of 137

**A.** The following is added to Paragraph **C. Who Is An Insured in Section II – Liability:**

3. The person or organization shown in the Schedule is also an insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule.

**B.** The following exclusions are added to **Section II – Liability:**

This insurance does not apply to:

1. Any "occurrence" that takes place after you cease to be a tenant in the premises described in the Schedule.

2. Structural alterations, new construction or demolition operations performed by or for the person or organization designated in the Schedule.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 113 of 137

This page intentionally left blank

Policy Number: KBP1016399 04

BUSINESSOWNERS
BP 01 59 08 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The exclusion in Paragraph B. replaces the Water Exclusion under **Section I – Property.**

**B. Water**

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

4. Water under the ground surface pressing on, or flowing or seeping through:

   a. Foundations, walls, floors or paved surfaces;

   b. Basements, whether paved or not; or

   c. Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph 1., 3. or 4., or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs 1. through 5., is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs 1. through 5., results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 112 of 137

© Insurance Services Office, Inc., 2008

We need not mail or deliver this notice if the only change adverse to you is a premium increase that:

**a.** Is less than 25% and is generally applicable to the class of business to which this policy belongs; or

**b.** Results from a change based on your action that alters the nature or extent of the risk insured against, including but not limited to a change in the classification or the units of exposure, or increased policy coverage.

**4.** Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following:

**C. Concealment, Misrepresentation Or Fraud**

**1.** No misrepresentation and no breach of affirmative warranty made by you or on your behalf in the negotiation for or procurement of this policy affects our obligations unless, if a misrepresentation, the person knew or should have known that the representation was false, and unless:

**a.** We rely on the misrepresentation or affirmative warranty and the misrepresentation or affirmative warranty is either material or made with intent to deceive; or

**b.** The facts misrepresented or falsely warranted contribute to the loss.

**2.** No failure of a condition before a loss and no breach of a promissory warranty affects our obligation under this policy unless such failure or breach exists at the time of loss and either:

**a.** Increases the risk at the time of loss; or

**b.** Contributes to the loss.

**5.** The following is added to Paragraph **K. Transfer Of Rights Of Recovery Against Others To Us:**

We will be entitled to a recovery only after you have been fully compensated for damages.

**D.** The following paragraphs are added to the Businessowners Coverage Form:

**1. Knowledge And Acts Of Agents**

**a.** If any of our agents knows any fact that breaches a condition of this policy, we will be considered to know it also if that fact:

**(1)** Is known to the agent at the time the policy is issued or an application made; or

**(2)** Later becomes known to the agent in the course of his or her dealings as an agent with you.

**b.** Any fact that breaches a condition of this policy and is known to the agent before the loss will not:

**(1)** Void this policy; or

**(2)** Prevent a recovery in the event of loss.

**2. Conformity To Statute Or Rule**

Any provision of this policy (including endorsements which modify the policy) that is in conflict with a Wisconsin statute or rule is hereby amended to conform to that statute or rule.

The term rule means a valid rule promulgated by the Commissioner of Insurance in accordance with the rule-making authority conferred under Wis. Stat. Ann. Section 227.11(2) and published in the Wisconsin Administrative Code.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 111 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 110 of 137

    **(2)** The facts misrepresented or falsely warranted contribute to the loss.

    **b.** For the reasons in Paragraphs **M.1.c.** and **M.1.d.** unless such failure or breach:

      **(1)** Increases the risk at the time of loss; or

      **(2)** Contributes to the loss.

    **3.** If we elect to rescind this policy, we will notify the first Named Insured of our intention within 60 days after acquiring knowledge of sufficient facts to constitute grounds for rescission.

**3.** The following paragraphs are added and supersede any other provisions to the contrary:

**N. Nonrenewal**

    **a.** If we elect not to renew this policy we will mail or deliver written notice of nonrenewal to the first Named Insured's last mailing address known to us. We may elect not to renew for any reason; the notice will state the reason for nonrenewal. We will mail or deliver the notice at least 60 days before the expiration date of this policy.

    We need not mail or deliver the notice if:

    **(1)** You have insured elsewhere;

    **(2)** You have accepted replacement coverage;

    **(3)** You have requested or agreed to nonrenewal of this policy; or

    **(4)** This policy is expressly designated as nonrenewable.

    **b.** We may refuse to renew this policy because of the termination of an insurance marketing intermediary's contract with us only if the notice of nonrenewal contains an offer to renew the policy with us if we receive a written request from the first Named Insured prior to the renewal date.

    **c.** If you fail to pay the renewal or continuation premium by the premium due date, this policy will terminate on the policy expiration or anniversary date, if we have:

    **(1)** Given you written notice of the renewal or continuation premium not more than 75 days nor less than 10 days prior to the due date of the premium; and

    **(2)** Stated clearly in the notice the effect of nonpayment of premium by the due date.

**O. Anniversary Alteration**

If this policy is written for a term of more than one year or has no fixed expiration date, we may alter the terms or premiums of this policy by mailing or delivering written notice of less favorable terms or premiums to the first Named Insured's last mailing address known to us. We will mail, by first class mail, or deliver this notice at least 60 days prior to the anniversary date.

If we notify the first Named Insured within 60 days prior to the anniversary date, the new terms or premiums will not take effect until 60 days after the notice was mailed or delivered. The notice will include a statement of the first Named Insured's right to cancel. The first Named Insured may elect to cancel the policy at any time during the 60 day period, in accordance with Paragraph **A.1.** Cancellation in Section **III** — Common Policy Conditions. If the first Named Insured elects to cancel the policy during the 60 day period, return premiums or additional premium charges will be calculated proportionately on the basis of the old premiums.

**P. Renewal With Altered Terms**

If we elect to renew this policy but on less favorable terms or at higher premiums, we will mail or deliver written notice of the new terms or premiums to the first Named Insured's last mailing address known to us. We will mail, by first class mail, or deliver this notice at least 60 days prior to the renewal date.

If we notify the first Named Insured within 60 days prior to the renewal date, the new terms or premiums will not take effect until 60 days after the notice was mailed or delivered. The notice will include a statement of the first Named Insured's right to cancel. The first Named Insured may elect to cancel the renewal policy at any time during the 60 day period, in accordance with the Paragraph **A.1.** Cancellation in Section **III** — Common Policy Conditions. If the first Named Insured elects to cancel the renewal policy during the 60 day period, return premiums or additional premium charges will be calculated proportionately on the basis of the old premiums.

(3) We will not be liable in any cause of action, nor may any liability be imposed on us, arising from the payment, withholding or transferring of all or any portion of a final settlement in accordance with Wis. Stat. Ann. Secs. 632.10 through 632.104.

**B. Section II – Liability** is amended as follows:

1. Paragraph **E.3. Legal Action Against Us** Liability And Medical Expenses General Condition does not apply.

**C. Section III – Common Policy Conditions** is amended as follows:

1. Paragraph **A. Cancellation** is amended as follows:

   a. Paragraph **2.** is replaced by the following:

      **2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

      If this policy has been in effect for less than 60 days and is not a renewal policy, we may cancel for any reason.

      If this policy has been in effect for 60 days or more or is a renewal of a policy we issued, except as provided in Paragraph **7.** below, we may cancel this policy only for one or more of the following reasons:

      a. The policy was obtained by material misrepresentation;

      b. There has been a substantial change in the risk we originally assumed, except to the extent that we should have foreseen the change or considered the risk in writing the policy;

      c. There have been substantial breaches of contractual duties, conditions or warranties; or

      d. Nonpayment of premium.

      If this policy has been in effect for 60 days or more or is a renewal of a policy we issued, the notice of cancellation will state the reason for cancellation.

   b. The following paragraph is added:

      **7. Anniversary Cancellation**

      If this policy is written for a term of more than one year or has no fixed expiration date, we may cancel this policy for any reason by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the anniversary date of the policy. Such cancellation will be effective on the policy's anniversary date.

      We may cancel this policy because of the termination of an insurance marketing intermediary's contract with us only if the notice of cancellation contains an offer to continue the policy with us if we receive a written request from the first Named Insured prior to the date of cancellation.

2. The following paragraph is added:

   **M. Rescission**

   1. We may rescind this policy because of the following:

      a. Misrepresentation made by you or on your behalf in the negotiation for or procurement of this Policy, if the person knew or should have known that the representation was false;

      b. Breach of affirmative warranty made by you or on your behalf in the negotiation for or procurement of this Policy;

      c. Failure of a condition before a loss if such failure exists at the time of loss; or

      d. Breach of a promissory warranty if such breach exists at the time of loss.

   2. We may not rescind this policy:

      a. For the reasons in Paragraphs **M.1.a.** and **M.1.b.** unless:

         (1) We rely on the misrepresentation or affirmative warranty and the misrepresentation or affirmative warranty is either material or made with intent to deceive; or

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 109 of 137

© ISO Properties, Inc., 2004 **BP 01 27 01 06** □

**BUSINESSOWNERS**
**BP 01 27 01 06**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WISCONSIN CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 108 of 137

**A. Section I – Property** is amended as follows:

1. Paragraph **B.1.a. Ordinance Or Law** Exclusion does not apply to owner-occupied residential premises of three (3) or four (4) apartment units.

2. The following exclusion and related provisions are added to Paragraph **B.2. Exclusions:**

   a. We will not pay for loss or damage arising out of any act committed:

      (1) By or at the direction of any insured; and

      (2) With the intent to cause a loss.

   b. However, this exclusion will not apply to deny coverage to an insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Policy and:

      (1) The loss arose out of an act or pattern of abuse or domestic abuse; and

      (2) The perpetrator of the loss is criminally prosecuted for the act or acts causing the loss.

   c. If we pay a claim pursuant to Paragraph **4.b.,** our payment to the innocent insured is limited to that insured's ownership interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

3. Paragraph **E.4. Legal Action Against Us** Property Loss Condition is replaced by the following:

   No one may bring action against us under this insurance unless the action is brought within 2 years after the date on which the direct physical loss or damage occurred.

4. The following is added to Paragraph **E.5. Loss Payment** Property Loss Condition:

   h. When this policy insures real property in Wisconsin which is owned and occupied by you primarily as a dwelling, and the property is wholly destroyed, we will pay the limit of insurance that applies to such property.

   i. If a municipality, which is a first class city, has elected to apply the provisions of Wis. Stat. Ann. Secs. 632.10 through 632.104, a part of our payment for fire or explosion loss or damage to your covered real property in that municipality will be withheld if the loss or damage is subject to these provisions.

      (1) The withheld amount will be paid in accordance with the law, to the following:

         (a) The municipality where the covered property is located;

         (b) You and any other interest named in the Declarations; or

         (c) The mortgageholder, if any.

         However, we will not pay more than the amount of loss payable under this policy.

      (2) Within 10 days after withholding the required amount, we will give written notice of the withholding to the following:

         (a) The building inspection official of the municipality where the covered property is located;

         (b) You;

         (c) Any mortgageholder and any other lienholder who has an existing lien against the property and is named in the Declarations; and

         (d) The court in which judgment was entered if the final settlement was determined by judgment.

    **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      **(1)** Someone insured by this insurance;

      **(2)** A business firm:

        **(a)** Owned or controlled by you; or

        **(b)** That owns or controls you; or

      **(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**2.** Applicable to Businessowners Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

ELECTRONICALLY FILED 11/13/2017 4:17 PM 2017-L-011594 PAGE 107 of 137

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section I – Property.

2. Business Liability Coverage is excess over:

   a. Any other insurance that insures for direct physical loss or damage; or

   b. Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

**I. Premiums**

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   a. Paid to us prior to the anniversary date; and

   b. Determined in accordance with Paragraph 2. above.

   Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. Premium Audit**

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

1. Applicable to Businessowners Property Coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 106 of 137

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

(2) After damage by a Covered Cause of Loss, permanent repairs to the building:

(a) Have not started, and

(b) Have not been contracted for,

within 30 days of initial payment of loss.

(3) The building has:

(a) An outstanding order to vacate;

(b) An outstanding demolition order; or

(c) Been declared unsafe by governmental authority.

(4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

(5) Failure to:

(a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

(b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

**b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**c.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe and healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 105 of 137

   © ISO Properties, Inc., 2004   BP 00 03 01 06

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

**SECTION III – COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I – PROPERTY AND SECTION II – LIABILITY)**

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy;

(1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

(a) Seasonal unoccupancy; or

(b) Buildings in the course of construction, renovation or addition.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 104 of 137

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**17.** "Property damage" means:

ELECTRONICALLY FILED 11/13/2017 4:17 PM 2017-L-011594 PAGE 103 of 137

if such property can be restored to use by:

    **(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

    **(2)** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement;

    **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraph **f.** does not include that part of any contract or agreement:

    **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

    **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        **(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

        **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **b.** While it is in or on an aircraft, watercraft or "auto"; or

    **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.** Vehicles maintained for use solely on or next to premises you own or rent;

    **c.** Vehicles that travel on crawler treads;

    **d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

        **(1)** Power cranes, shovels, loaders, diggers or drills; or

        **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

    **e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

        **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 102 of 137

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation Of Insureds**

Except with respect to the Limits of Insurance of Section II – Liability, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability And Medical Expenses Definitions**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph a. above;

      (2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

      provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 101 of 137

 © ISO Properties, Inc., 2004

2. The most we will pay for the sum of all damages because of all:

a. "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

b. "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

3. The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of fire while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the highest Damage To Premises Rented To You limit shown in the Declarations.

4. **Aggregate Limits**

The most we will pay for:

a. All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

b. All:

(1) "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

(2) Plus medical expenses;

(3) Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You Limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 100 of 137

The Limits of Insurance of Section II – Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

E. **Liability And Medical Expenses General Conditions**

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

(b) Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(a)** and **(b)** of the definition of "nuclear facility".

## C. Who Is An Insured

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(a)** above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(a)** or **(b)**; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## D. Liability And Medical Expenses Limits Of Insurance

1. The Limits of Insurance of Section **II – Liability** shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 99 of 137

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 98 of 137

(a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

(b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

b. Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

c. Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

(1) The "nuclear material":

(a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

(b) Has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

d. As used in this exclusion:

(1) "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(2) "Hazardous properties" include radioactive, toxic or explosive properties;

(3) "Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for:

(i) Separating the isotopes of uranium or plutonium;

(ii) Processing or utilizing "spent fuel"; or

(iii) Handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

(4) "Nuclear material" means "source material", "special nuclear material" or "by-product material";

(5) "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

(6) "Property damage" includes all forms of radioactive contamination of property;

(7) "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(8) "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(9) "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

(10) "Waste" means any waste material:

(a) Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

(11) Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

(12) Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

(13) Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**q. Electronic Data**

Damages arising out of the loss of, loss of use, of damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**r. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**s. Distribution Of Material In Violation Of Statutes**

"Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

ELECTRONICALLY FILED
11/13/2017 4:17 PM
2017-L-011594
PAGE 97 of 137

Exclusions **c., d., e., f., g., h., i., k., l., m., n.** and **o.** in Section II – Liability do not apply to damage by fire to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D.** Liability And Medical Expenses Limits of Insurance in Section II – Liability.

**2. Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured, except "volunteer workers".

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage – Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which: